# Exhibit 5-

US006672151B1

(12) **United States Patent**
Schultz et al.

(10) Patent No.: **US 6,672,151 B1**
(45) Date of Patent: **Jan. 6, 2004**

(54) **APPARATUS AND METHOD FOR REMOTE SENSING AND RECEIVING**

(75) Inventors: **Thomas J. Schultz**, Neenah, WI (US); **Alan J. Campbell**, New Berlin, WI (US)

(73) Assignee: **Sentech, Inc.**, Appleton, WI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 33 days.

(21) Appl. No.: **10/051,967**

(22) Filed: **Jan. 15, 2002**

**Related U.S. Application Data**

(63) Continuation of application No. 09/042,226, filed on Mar. 13, 1998, now Pat. No. 6,357,292, which is a continuation of application No. 08/530,938, filed on Sep. 20, 1995, now Pat. No. 5,728,933, which is a division of application No. 08/226,664, filed on Apr. 11, 1994, now Pat. No. 5,483,826, which is a continuation of application No. 07/792,134, filed on Nov. 13, 1991, now Pat. No. 5,301,553, which is a continuation-in-part of application No. 07/453,785, filed on Dec. 20, 1989, now Pat. No. 5,083,457.

(51) **Int. Cl.**[7] ............................. **G01L 9/00; B60C 23/02**

(52) **U.S. Cl.** .................................................. **73/146.5**

(58) **Field of Search** ............................ 73/146.5, 146.8, 73/118.1, 178 R, 706, 715–727, 714, 753, 756; 340/442–448

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,592,218 A | 7/1971 | Guy | |
| 3,827,393 A | 8/1974 | Winther | |
| 4,067,235 A | 1/1978 | Markland et al. .......... 73/146.5 |
| 4,250,759 A | 2/1981 | Vago et al. | |
| 4,360,888 A | 11/1982 | Onksen et al. ............ 73/178 R |
| 4,599,902 A | 7/1986 | Gray | |
| 4,625,545 A | 12/1986 | Holm et al. | |
| 4,695,823 A | * 9/1987 | Vernon ....................... 340/447 |
| 4,704,901 A | 11/1987 | Rocco et al. | |
| 4,730,188 A | 3/1988 | Milheiser .................... 340/825 |
| 4,856,317 A | 8/1989 | Pidorenko et al. | |
| 4,891,973 A | 1/1990 | Bollweber et al. | |
| 4,901,561 A | 2/1990 | Glowczewski ............ 73/118.1 |
| 4,909,074 A | 3/1990 | Gerresheim et al. | |
| 4,949,072 A | 8/1990 | Comerford et al. | |
| 5,029,101 A | 7/1991 | Fernandes | |
| 5,335,540 A | 8/1994 | Bowler et al. ............. 73/146.5 |

* cited by examiner

*Primary Examiner*—William Oen

(57) **ABSTRACT**

A sensing and displaying system is provided including a sensor unit having a transducer disposed in intimate contact with a vessel. The transducer senses a characteristic within the vessel like pressure and outputs an electrical signal representative thereof. The sensor unit further includes a response signal generator which transmits a signal representative of the characteristic. A receiver unit receives the transmitted signal and converts it to visual indicia of the characteristic, for example, a number on a liquid crystal display. The system is capable of two-way communication between the sensor unit and the receiver unit. Both the sensor unit and receiver unit store transmitted data in internal memory.

**19 Claims, 24 Drawing Sheets**





*FIG. 1*



FIG. 2A

FIG. 2B

Case 2:10-cv-13127-PDB -VMM   Document 13-6   Filed 10/08/10   Page 5 of 44



*FIG. 3A*



FIG. 3B



*FIG. 4*



*FIG. 5*



_START_

1.) SET PIN 22 HI, BEGIN 10 SEC COUNT
2.) RESET DISPLAY
3.) SETUP COUNTER TO GENERATE 1209 HZ ON PIN-T1                    _102_

104 — IS SW1 PRESSED?        NO →        10 SEC. ELAPSE YET?    — 106    NO

YES

110 — ENABLE T1 OUTPUT (SENDS TONE TO SENSOR)

TURN POWER OFF    — 108

112 — CAPTURE A PULSE (SEE FIGURE 7)

114 — DISABLE T1 OUTPUT (STOP TONE TO SENSOR)

116 — CONVERT FREQUENCY TO DISPLAY INFORMATION (SEE FIGURE 8)

_FIG. 6_



FIG. 7



CONVERT PULSE DATA
TO DISPLAY DATA

130 — CONVERT PULSE DATA
TO FREQUENCY

132 — DIVIDE THE FREQUENCY
SPAN BY 150 TO GET
THE NUMBER OF
CYCLES PER POUND

134 — DIVIDE THE FREQUENCY
BY THE CYCLES PER
POUND TO GET POUNDS
PER SQUARE INCH

136 — CONVERT THE RESULTING
HEX DATA TO ASCII

138 — DISPLAY THE
PRESSURE DATA

140 — RETURN

FIG. 8



*FIG. 9*



Fig. 10



Fig. 11



Fig. 12



FIG. 13A



FIG. 13B



Fig. 17

Fig. 15

Fig. 16

Fig. 14



*FIG. 18*



FIG. 19A



*FIG. 19B*



*FIG. 20*



FIG. 21A



*FIG. 21B*



*FIG. 22*



FIG. 23

US 6,672,151 B1

1

# APPARATUS AND METHOD FOR REMOTE SENSING AND RECEIVING

## RELATED PATENT APPLICATIONS

This is a continuation of and claims the benefit of the priority date of U.S. application Ser. No. 09/042,226, filed on Mar. 13, 1998; now U.S. Pat. No. 6,357,292 which is a continuation of application Ser. No. 08/530,938 filed on Sep. 20, 1995, now issued U.S. Pat. No. 5,728,933; which is a divisional of application Ser. No. 08/226,664 filed on Apr. 11, 1994, now issued U.S. Pat. No. 5,483,826; which is a continuation of application Ser. No. 07/792,134 filed on Nov. 13, 1991, now issued U.S. Pat. No. 5,301,553; which is a continuation-in-part of application Ser. No. 07/453,785 filed on Dec. 20, 1989, now issued U.S. Pat. No. 5,083,457. The disclosure of application Ser. No. 09/042,226, titled "Apparatus and Method for Remote Sensing and Receiving", and filed on Mar. 13, 1998 is incorporated by reference herein.

## TECHNICAL FIELD

The present invention relates, generally, to a transmitter and receiver combination for measuring a parameter, pressure, force, or weight, within a vessel, and more particularly, to a sensor unit including a transducer and an infrared generator cooperating therewith, for transmitting infrared signals to a remote receiver unit including a measurement display.

## BACKGROUND OF THE INVENTION

Measurements of physical parameters related to various vessels, containers or equipment need to be taken in order to ensure maximum safety, and efficiency. Unfortunately, taking the measurements is often difficult, time consuming, or dangerous. Taking the measurements is often difficult because the gauges or displays for providing the needed measurements are often located in places which are difficult to view. For instance, truck tire gauges are notoriously difficult, unpleasant, and time consuming to view as discussed in Ser. No. 07/453,785.

Taking measurements is often time consuming because gauges or other devices for displaying the physical parameter must be viewed by a human being. An inspector often must record such measurements for a large number of vessels. Unfortunately, the gauges are often difficult to read and often require physical contact in order to make measurements. For example, a fire inspector or other building personnel may be required to determine if all the fire extinguisher devices in a particular building are adequately filled or fully charged by reading a small gauge which is often obscured by other equipment. Even more difficult, some types of fire extinguisher devices can only be measured by physically weighing the device. Thus, reading gauges manually is time consuming and expensive.

Also, taking measurements is time consuming because data must be recorded by hand. Besides recording the measurement, the inspector is usually required to write down all relevant information pertaining to the inspection of the multitude of fire extinguisher devices. For instance, the inspector is expected to record data such as date, time, and unit identification along with the measurements. This procedure is time consuming and leaves many opportunities for inspector error.

Taking measurements can be dangerous to both humans and the environment. Frequently, the measurement process

2

involves exposure to harmful matter or dangerous moving parts. For instance, refrigerators, air conditioners, and other cooling devices contain ammonia or other dangerous chemicals. Frequently, measuring the quantity of ammonia or freon in a device requires opening the system and attaching a pressure gauge. Inevitably ammonia or freon is released into the environment. Even worse, large amounts of ammonia or freon are often accidentally spilled when taking measurements.

Thus, a low cost system for measuring physical parameters of various types of vessels, containers or equipment is needed which improves ease, efficiency, and safety.

## SUMMARY OF THE INVENTION

The present invention provides a remote sensing and receiving system including a sensor unit and a remote receiver unit. The sensor unit includes a transducer disposed to sense the physical parameter of an apparatus. The transducer generates an electric signal representative of the magnitude of the physical parameter and applies this signal to an LED driver. The LED driver modulates an LED, which transmits an infrared (IR) signal.

The remote receiver unit receives a modulated IR signal and applies the IR signal to a processor. In response, the processor drives a digital display, which produces visual indicia indicative of the magnitude of the physical parameter.

The present invention also can be configured to allow for two-way communication between the sensor unit and remote receiver unit. The receiver unit controls the sensor unit by transmitting activation signals for turning the sensor unit on, reading signals for requesting data from the sensor unit, and writing signals for transmitting data to the sensor unit. The sensor and the receiver unit each have a transmitter and a receiver to enable communication through pulses of carrier signals. The data communicated can be stored in memory in the sensor unit or the receiver unit.

## BRIEF DESCRIPTION OF THE DRAWING

Preferred exemplary embodiments of the remote sensing and receiving system, in accordance with the present invention, will hereinafter be described in conjunction with the appended drawings wherein like designations denote like elements, and:

FIG. 1 is a schematic representation of a remote display unit and a transmitter unit, including a transducer mounted on a conventional vehicle tire;

FIGS. 2A and 2B are schematic block diagrams of an alternate preferred embodiment of a remote sensing and receiving system configured to be used as a tire pressure sensor system;

FIGS. 3A, 3B and 4 are electrical schematic circuit diagrams of an alternate preferred embodiment of the display in accordance with one aspect of the present invention;

FIG. 5 is an alternate preferred embodiment of the display unit in accordance with another aspect of the present invention;

FIGS. 6–8 are flow charts of the operation of remote sensing and receiving system operating as an exemplary tire pressure sensor system;

FIG. 9 is a cross-section view, taken along line 9—9 in FIG. 1, of a tire valve stem and valve stem cap with an alternate preferred embodiment of the present invention;

FIG. 10 is a block diagram representation of a preferred embodiment of a sensor unit configured for use with a fire extinguisher device;

3

FIG. 11 is a block diagram representation of a preferred embodiment of a receiver unit configured for use with a fire extinguisher device;

FIGS. 12 and 13, are representations of communication signals transmitted and received by the sensor unit and receiver unit;

FIGS. 14–17 shows a sensor unit mounted on various equipment;

FIG. 18 is a block diagram representation of a preferred embodiment of a receiver unit;

FIG. 19 is an electrical schematic circuit diagram of a preferred embodiment of a receiver unit;

FIG. 20 is a block diagram representation of a preferred embodiment of a sensor unit;

FIG. 21 is an electrical schematic circuit diagram of a preferred embodiment of a sensor unit;

FIG. 22 is a flow chart of a preferred embodiment of the software used in a receiver unit; and

FIG. 23 shows sensor units and receiver units in a drive-by truck tire measuring system.

## DETAILED DESCRIPTION OF THE PREFERRED EXEMPLARY EMBODIMENTS

Referring now to FIG. 1, a remote sensing and receiving system or detect and display system is configured as a tire pressure sensor apparatus in accordance with a first embodiment of the present invention. The tire pressure sensor apparatus includes a display unit 12 and a transducer unit 14 having a pressure sensor unit 16 or other transducer exposed to the pressurized air in a tire 18. Pressure sensor unit 16 is illustratively disposed within the pressurized cavity of tire 18, between the tread portion 20 and rim 22 of tire 18. However, those skilled in the art will appreciate that pressure sensor unit 16 may assume any suitable disposition which allows it to sense the internal tire pressure. For example, as discussed in greater detail below, pressure sensor unit 16 may be mounted within the valve 24 of tire 18, either in the stem or cap of the valve. Alternatively, pressure sensor unit 16 may be mounted to, embedded within or extend from the sidewall portion of the tire, tread 20, or rim 22.

Pressure sensor unit 16 is configured to convert tire pressure into an electrical signal representative of tire pressure, for subsequent transmission to display unit 12. In response to a pressure transmission, display unit 12 produces visual indicia, such as, for example, a digital readout 26, representative of tire pressure.

Referring now to FIG. 2A, transducer unit 14 suitably includes a suitable pressure sensor (a transducer like pressure sensor unit 16), a suitable signal converter 34, a light emitting diode driver 36 and an LED 38.

Pressure sensor unit 16 is advantageously configured to sense tire pressure, generate an electrical signal indicative of the sensed pressure, and apply the signal to signal converter 34. signal converter 34 converts the pressure signal into an encoded form suitable for use as a modulating signal for LED 38, i.e., LED 38 is modulated in a manner which represents the encoded signal, e.g., frequency, pulse code, pulse width, etc. Signal converter 34 includes a suitable encoder, such as, for example, a voltage-to-frequency converter, an analog-to-digital converter, a voltage-to-pulse width converter, or the like, and supporting circuitry.

The encoded signal indicative of tire pressure produced by signal converter 34 is applied to LED driver 36. The output of LED driver 36 drives an LED 38, which emits a

4

modulated response signal, suitably in the infrared frequency range, indicative of tire pressure. The LED emissions are preferably directional, so that the hand-held display unit can discriminate between individual tires, even where the tires are in close proximity to each other. The foregoing components associated with transducer circuit 14 are suitably powered by a battery circuit 40 disposed within the transducer unit. A specific embodiment of pressure sensor unit 16 will hereinafter be described in more detail in conjunction with FIG. 5.

Referring now to FIG. 2B, display unit 12 includes: a battery circuit 41; an appropriate sensor 42, e.g. an IR sensor; a processor 44; and a conventional display 46. The modulated signal transmitted by LED 38 is received at display unit 12 by sensor 42. The voltage from battery 41 is applied to sensor 42, and is modulated in accordance with the response signal received from transducer circuit 14. The modulated signal is applied to a processor 44, wherein information is extracted from the signal and manipulated into a form suitable for application to display 46. Display 46 generates visual indicia, for example a digital readout, representative of tire pressure. A specific embodiment of display unit 12 will hereinafter be described in more detail in conjunction with FIGS. 3 and 4.

As discussed in greater detail below, the functions performed by the various elements comprising the foregoing schematic circuit diagrams may be implemented in a variety of ways. For example, the functions performed by transducer unit 14 may be embodied in a unitary microchip (integrated circuit) for convenient disposition within the valve stem or valve stem cap of a vehicle tire. The functional elements comprising the display unit 12 may similarly be implemented in a microchip or microprocessor, and incorporated into a hand-held remote control display device.

Referring now to FIGS. 3–5, an embodiment of tire pressure sensing system 10 employing frequency modulation for encoding will be described.

With specific reference to FIGS. 3A, 3B and 4, processor 44 of display unit 12 suitably comprises a switch 51, a processor U3 including a clock X1, a command generator circuit 56, and an amplifier circuit 58. Display 46 suitably comprises three conventional seven segment displays DS1, DS2, and DS3, and associated drivers.

To conserve power, display unit 12 remains in a "dormant" state until "powered up" by the operator, as described below. In the dormant state, i.e., when switch 51 is open, pins 21 and 22 of processor U3 terminate at an open circuit. When it is desired to determine the tire pressure, the operator depresses switch 51 to power up display unit 12.

More particularly, battery 41 cooperates with switch 51, a resistor R14, and a transistor Q3, (e.g., an IRFZ40 field effect transistor manufactured by the Motorola Semiconductor Company). With switch 51 open, no current flows through resistor R14. When switch 51 is closed, current is applied to the base of transistor Q3 through resistor R14, thereby turning on transistor Q3 and allowing the output from battery 41 to be applied to pin 22 of processor U3. Each time switch 51 is depressed, software resident in processor U3 initiates an active cycle having a predetermined duration, e.g. ten seconds, during which pin 22 is maintained at a high logic state. Closure of switch 51 also drives pin 21 of processor U3 to a low logic state (illustratively to ground).

Processor U3 suitably comprises an HMOS-E single component 8-bit microcomputer, for example a Model 8748H manufactured by Intel. The timing for processor U3 is suitably provided at pins 2 and 3 thereof by clock X1, suitably comprising a 3.6864 Mhz crystal.

US 6,672,151 B1

5

In the powered-up condition, i.e., when switch 51 is closed, processor U3 generates a command reference signal at output terminal T1 (pin 39). The command reference signal suitably corresponds to a tone of predetermined frequency. The command reference signal is applied to a lead T1 of command generator 56 (FIG. 4), thereby turning a transistor Q2 on and off in accordance with the frequency of the command reference signal. Transistor Q2 is advantageously similar to transistor Q3, described above.

In response to the application of the pulsed command reference signal to the base of transistor Q2, VCC is applied across respective LEDs D2, D3 and D4. Respective LEDs D2–D4 suitably comprise respective IR emitters, Model No. LD271, manufactured by Seimens-Litronix. Thus, respective LEDs D2∝D4, under the control of processor U3, generate emissions modulated with a predetermined frequency (tone). As described in greater detail below, the frequency modulated infrared signal transmitted by command generator 56 comprises a "wake-up" command signal C5 used to activate transducer unit 14. Also as described in greater detail below, transducer unit 14 responsively transmits an infrared signal, indicative of tire pressure, back to display unit 12.

With continued reference to FIG. 4, a response signal R5 generated by transducer unit 14 is received by display unit 12 at amplifier circuit 58. More particularly, response signal R5 is sensed by a photo-sensitive transistor Q1. Transistor Q1 is suitably a photo-transistor, Model No. BP103B-3, manufactured by Seimens-Litronix. Upon application of response signal R5 to the base of transistor Q1, transistor Q1 generates a signal at the emitter thereof indicative of response signal R5, and hence, indicative of the encoded sensed pressure. The received signal is applied to a filter comprising a capacitor C1 and a resistor R1. The filtered signal is then applied to pin 3 of an amplifier U1, e. g., a BiMOS operational amplifier CA3140 integrated circuit, with a gain of 100. The amplified signal representative of tire pressure is applied to pin 4 of a comparator U2A.

Comparator U2A is suitably a low power, low offset voltage comparator, e.g., a Model No. LM339 manufactured by National semiconductor. Comparator U2A advantageously cooperates with a variable resistor R6 to adjust the sensitivity of amplifier circuit 58. specifically, the resistance of R6 may be selected such that a desired voltage level is maintained at pin 5 of comparator U2A. In this way, only those voltage levels present at pin 4 of comparator U2A which are above a predetermined threshold level are passed through the comparator.

Comparator U2A applies an output signal to a lead TO connected to pin 1 of processor U3 (FIG. 3). Processor U3 converts the signal received at pin 1 thereof into respective first, second, and third parallel binary signals for subsequent application to display 46.

More particularly, processor U3 outputs a first 4-bit binary signal at pins 35-38 thereof, which first 4-bit binary signal is applied to respective pins 1, 2, 6, and 7 of a first display driver U4 in display 46. Driver U4 suitably comprises a BCD-to-7-segment latch/decoder, for example Model No. MC54/74HC4511 manufactured by Motorola. In response to the application of the first binary signal, driven U4 applies a first output signal, through a resistive network RN1, to a first display D51. Display D51 suitably comprises a 7-segment display, for example Model No. FND500 manufactured by Fairchild semiconductor.

Similarly, processor U3 applies second and third 4-bit binary signals to display drivers D5 and D6 which, in turn,

6

drive display D52 and D53, respectively. Displays D51, DS2, and D53 cooperate to produce a 1, 2, or 3 digit numeric display indicative of the tire pressure sensed by transducer unit 14.

Referring now to FIG. 5, transducer unit 14 suitably comprises a pressure transducer 60, a voltage-to-frequency converter 62, an IR sender 64, and a power circuit 66.

In a preferred embodiment of the present invention, transducer unit 14 is configured for disposition within a modified valve stem cap for use in conjunction with conventional vehicle tire valve stems (see FIG. 9). In this manner, a low cost pressure sensor circuit may be powered by a battery which, upon depletion of power, may be discarded. Nonetheless, it is desirable to construct the transducer circuit such that a minimum amount of power is consumed. Transducer unit 14 therefore preferably operates in alternative "dormant" and "active" states. The active state is triggered by reception of command signal CS from display unit 12.

Power circuit 66 controllably provides power to the respective components of transducer unit 12, in accordance with the operational state. Respective parallel voltage outputs +EATT and +v Sw are provided: +EATT, a low level, constant voltage output for supplying operating power to the various components comprising transducer unit 14; and +V SW, selectively provided through a transistor Q4, to pressure transducer 60, converter 62, and IR sender 64. Transistor Q4 is turned on only upon receipt of command signal. CS by power circuit 66 from command generator 56 (FIG. 4). Accordingly, transducer unit 14 consumes a minimal amount of battery power when transistor Q4 is off.

Command signal CS is received at a photo-sensitive transistor Q5 in power circuit 66. Upon reception of command signal CS at the base of transistor Q5, a signal indicative of command signal CS is generated at the emitter of transistor Q5. The received signal is filtered (by a capacitor C16 and a resistor R31) and applied to an amplifier U7, suitably with a gain of 100 and equivalent to amplifier U1.

The output of amplifier U7 is applied to a comparator U8, suitably equivalent to comparator U2A. Comparator U8 cooperates with a variable resistance resistor R33 in a manner similar to that described in connection with amplifier circuit 58 (FIG. 4). In this way, the sensitivity of power circuit 66 may be adjusted so that +V SW is applied to transducer 60 only upon the receipt by transistor Q5 of command signals which exceed a predetermined level determined by resistor 33.

The output of comparator U8 is applied to a tone decoder U9, for example a Model No. LM567 decoder manufactured by National Semiconductor. Tone decoder U9 functions as a simple decoder, producing an output at pin 8 thereof having a high logic state only when the appropriate "tone" is received by transistor Q5. Tone decoder U9 thus functions as a band width discriminator, rejecting input signals having band widths outside the range defined by the foregoing components and producing a high logic output in response to a tone within a predetermined band width.

Pin 8 of decoder U9 is applied to the base of transistor Q4. When a high logic state signal is produced at pin 8 of tone decoder U9, transistor Q4 is turned on, making SW available.

Power circuit 66 thus maintains transducer circuit 14 in a dormant state notwithstanding the receipt by photo-sensitive transistor Q5 of spurious input signals outside the predetermined band width from, for example, sunlight, headlights, and the like.

US 6,672,151 B1

7

Transducer 60 suitably comprises an electromechanical transducer capable of generating a low level voltage output, for example between 0 and 10 volts, in response to the application of pressures in the range typically exhibited by vehicle tires, i.e., up to 150 psi. Piezoelectric materials are known to be excellent transducers. Although it is desirable to miniaturize the pressure sensing circuit in the preferred embodiment, a pressure sensor Model No. 24 OPC manufactured by Microswitch has yielded satisfactory results in the laboratory. Those skilled in the art will appreciate that transducer 60 may comprise a suitable microsensor.

Voltage-to-frequency converter 62 suitably comprises a converter U10 for example, a voltage-to-frequency (VF) converter Model No. AD654 manufactured by Analog Devices. With +V SW applied to lead 68 of pressure transducer 60, an output signal is produced at lead 70 and applied to pin 4 of VF converter U10. In response, VF converter U10 produces an output at pin 1 thereof having a frequency which is proportional to tire pressure.

Voltage-to-frequency converter 62 further suitably includes a variable resistance resistor R18 disposed in operative association with convertor U10. Together, VF converter U10 and variable resistance resistor R18 cooperate to calibrate the output at pin 1 of conversion circuit 62 with respect to pressure transducer 60.

More particularly, the resistance of resistor R18 may be selected such that the output at pin 1 of VF converter U10 is zero when transducer 60 is exposed to ambient pressure.

Converter 62 thus generates a signal having a frequency indicative of pressure, ranging from 0 Hz at atmospheric pressure to a predetermined maximum frequency at an anticipated maximum pressure.

The output of converter 62 is applied across a resistor R20 to an output (driver) transistor Q6, which may be equivalent to transistor Q2, described above. The frequency of the signal applied to the base of transistor Q6 represents the modulation frequency of response signal RS generated by IR sender 64.

IR sender 64 includes a plurality of LEDs D5, D6, and D7, which may be equivalent to LEDs D2–D4 discussed above in connection with command generator circuit 56. More particularly, LEDs D5–D7, in respective series connections with resistors R21–R23, are disposed in parallel, between BATT from battery 40 and transistor Q6. Upon the application of a signal from converter 62 to the base of transistor Q6, a current path through each of LEDs D5–D7 is completed, through transistor Q6 to ground. The frequency of the signal applied at pin 1 of VF converter U10 represents the modulation frequency of response signal RS generated by respective LEDs D5–D7.

As previously mentioned, response signal RS generated by IR sender 64 is received by amplifier circuit 58 (FIG. 4) of display unit 12, and is processed to derive pressure information for subsequent display.

The operation of the preferred exemplary embodiment shown in FIGS. 3–5 will be described with reference to FIGS. 6–8.

Software resident in processor U3 governs the operation of tire pressure sensor apparatus 10. Upon the application of Vcc to pin 22 of processor U3, a series of initializing functions are performed (step 102). For example, a high logic input state is maintained at pin 22 for a predetermined cycle time, e.g. ten seconds, regardless of the length of time switch 51 is actually depressed by the operator. In contrast, a low logic state is present at pin 21 only while switch S1 is depressed.

8

An additional initializing function involves driving respective displays DS1–DS3 of display circuit 46 to a blank condition (step 102). That is, display circuit 54 may display, for example, three zeros, three eights (either constant or flashing) or, alternatively, the display may be literally blank with none of the segments comprising the displays illuminated. Conventional BCD-to-7-Segment logic may be may be advantageously employed in the control of display circuit 54.

A further initializing function involves setting up an internal counter to generate the command reference signal at pin 39 of processor U3 (step 102), although pin 39 is not enabled until step 110, discussed below. In a particularly preferred embodiment, the tone associated with command signal CS corresponds to a frequency of 1209 hz. As discussed above in connection with FIGS. 3 and 4, the command reference signal effects the generation of command signal CS at respective LEDs D2–D4 of command generator circuit 56.

Each time switch S1 is depressed, the sequence depicted in FIG. 6 is reset, and processor U3 begins executing at the START position. For clarity, it is presumed that switch S1 is initially depressed once.

When it is desired to display the tire pressure sensed by transducer unit 14, the operator depresses switch S1 on hand-held display unit 12. As a result, power is applied to pin 22 of processor U3, and the voltage level at pin 21 is driven low, indicating that switch S1 is depressed.

After initialization, the state of switch S is checked (step 104) to determine if switch S1 is depressed. If the voltage level at pin 21 is low, it is determined that switch S1 is depressed; if an open circuit is detected at pin 21, it is determined that switch S1 is not depressed.

If processor U3 determines that switch S is depressed, the output at pin 39 is enabled, thereby applying the command reference signal to command generator circuit 56 and transmitting command signal CS to transducer circuit 52 (step 110).

If in step 104 it is determined that switch S1 is not depressed, a predetermined delay period of, for example, ten seconds, is elapsed (step 106). If after 10 seconds switch S1 is not depressed a second time, battery 41 is turned off (step 108). Thus, when the operator requires a "read" by closing switch S1, processor U3 executes the resident software and display unit 12 displays tire pressure for ten seconds, as described below. If switch S1 is pressed again before ten seconds have elapsed, the sequence is interrupted and restarted at START to allow the operator to quickly monitor successive tires without having to undergo a ten second delay between readings. Moreover, battery 41 is automatically turned off ten seconds after the last depression of switch S1.

As discussed above in connection with FIG. 5, transducer circuit 14 emits response signal RS, having a modulation frequency indicative of tire pressure, upon receipt of command signal CS. Response signal RS is captured at pin 1 of processor U3 (step 112). Step 112 will be explained in greater detail in connection with FIG. 7.

Upon capturing response signal RS from transducer unit 14, command signal CS generated at command generator 56 is terminated, i.e., the output at pin 39 of processor U3 is interrupted (step 114), and the frequency of response signal RS is determined and converted by processor U3 to respective first, second and third 4-bit binary signals, as discussed above in connection with FIG. 3 (step 116).

More specifically, with reference to FIG. 7, processor U3 monitors pin 1 to determine if the output TO (the condi-

US 6,672,151 B1

9

tioned response signal RS) from amplifier circuit **58** exhibits a high or low logic level. If output TO is low, processor U3 waits for a high logic level (step **118**).

When output TO goes high, indicating that the peak portion of response signal RS is present at transistor Q1, a pulse width counter resident in processor U3 is incremented and a 1 micro-second delay is triggered (step **120**). Processor U3 then checks to see if output TO is still high (step **122**). Steps **120** and **122** are repeated for as long as output TO remains high. In this way, the duration of the peak portion of response signal RS is reflected in (is equal to) the number of increments of the pulse width counter, in micro-seconds (step **120**).

When output TO goes low, the pulse width counter is again incremented and another micro-second delay is triggered (step **124**). Processor U3 then checks if output TO is still low (step **126**). Steps **124** and **126** are repeated until output TO again assumes a high logic state, whereupon processor U3 terminates steps **112** and proceeds to step **114**. Thus, upon completion of steps **118**–**126**, the counter in processor U3 contains a count representative of the duration of one cycle of the response signal tone, i.e., the period T of one cycle, in microseconds. The frequency f of response signal RS, then, is equal to 1/T.

After determining the frequency of the response signal, processor U3 converts the frequency to display information (step **116**). More specifically, the period count in the designated counter in processor U3 is inverted to yield the frequency f of response signal RS.

The frequency data is then converted into a form suitable for driving display circuit **46**. The frequency data is within a predetermined range (span) of frequencies having a low frequency limit and a high frequency limit selected by the designer. More specifically, the low frequency value corresponds to the lowest pressure value in connection with which the tire pressure sensor apparatus will be used.

In the preferred exemplary embodiment, the pressure value of the frequency is zero, corresponding to atmospheric pressure. This allows pressure transducer **60** to be calibrated with respect to voltage-to-frequency converter **62** in a convenient manner.

The high frequency end of the frequency span should be selected to correspond to the maximum pressure for which the device will be used. As is known in the art, conventional automobile tires require a maximum pressure in the range of approximately 35 to 65 psi. If the tire pressure sensor circuit is to be used in connection with automobile tires only, a suitable high limit for the frequency span may correspond approximately 65 or 70 psi. However, in larger tires of the type used on semitractor trailers, a maximum pressure of approximately 150 psi is desirable. Thus, if the tire pressure sensor apparatus is to be employed in the trucking industry, the upper limit of the frequency span preferably corresponds to approximately 150 psi.

The desired frequency span is accordingly divided by the desired operating range, for example, 150, to determine the number of cycles per pound (cpp) (step **132**).

The frequency (f) determined in step **130** is then divided by the cycles per pound (CPP) determined in step **132** to yield the pressure in psi (step **134**):

$$f/cpp = psi.$$

The psi data determined in step **134** is then converted to ASCII data, for example, through well-known hardware and software capable of performing BCD-to-7-segment or hexi-

10

decimal-to-7-segment functions (step **136**) and applied to display circuit **46** to generate visual indicia of the tire pressure (step **138**). Processor U3 then returns to step **104** to await the next request for a pressure reading (step **140**). If no request is made after ten seconds, battery **41** is shut down and display unit **12** enters the dormant state until switch S1 is depressed.

As previously noted, transducer unit **12** is advantageously disposed within a cap **24A** for valve stem **24** of tire **18**.

Valve stem **24** suitably comprises a generally cylindrical stem portion **150** having an internal bore **152** extending therethrough. The proximal portion (not shown) of bore **152** is disposed to communicate with the pressurized tire cavity. The distal portion of bore **152**, shown in FIG. 9, typically comprises an internal threaded portion **154** and an external threaded portion **156**.

Valve stem **150** further comprises a plunger **158** seated within a valve assembly **160**. Valve assembly **160** suitably comprises external threads **162** which threadedly engage internal threads **154** of valve stem **150**.

Plunger **158** is connected with a piston (not shown), the underside of which is exposed to the internal tire pressure. The internal tire pressure exerts a force on the piston, urging plunger **158** upwardly in FIG. 9. Furthermore, the piston creates an air-tight seal within valve assembly **160**, thereby maintaining the pressure within the tire. When it is desired to release pressure from the tire or, alternatively, to add additional air to the tire, plunger **158** is urged downwardly to establish communication between the internal tire cavity and the distal portion of bore **152**.

Conventional valves typically include a valve cap having internal threads for threadedly engaging external threads **156** of valve stem **150**. When it is desired to increase or decrease tire pressure, the cap is removed and plunger **158** is urged downwardly.

The conventional valve cap is replaced with a valve cap **24A** which, like a conventional cap, has internal threads **166** which threadedly engage external threads **156** of valve stem **150**. Valve cap **24A** suitably houses transducer circuit, as discussed in greater detail below. Cap **24A** is configured to resemble a conventional valve stem cap to reduce the risk of tampering and theft.

Cap **24A** suitably comprises an infrared (IR) unit **168** corresponding to photo-sensitive transistor Q5 and LEDs D5–D7 of transducer unit **14**; a battery housing **170** containing battery **40**; a housing **172**, within which electronic circuitry for selectively converting tire pressure to a response signal, e. g., corresponding to elements **62**, **64**, **68** and **60**, is disposed; a spring **174**; and a plunger **176**.

Plunger **176**, suitably secured to circuit housing **172**, is configured to depress valve plunger **158** when cap **24A** is secured to valve stem **150**. In this way, internal tire pressure is released into the inside of cap **24A** when cap **24A** engages valve stem **150**. As cap **24A** is removed from valve stem **150**, for example when it is desired to increase or decrease tire pressure, plunger **176** is backed off plunger **158**, thereby permitting valve assembly **160** to seal off the internal tire pressure.

Spring **174** prevents mechanical and, hence, electrical contact between battery housing **170** and circuit housing **172** when cap **24A** is not secured to valve stem **150**. As cap **24A** is threadedly secured to stem **150**, plunger **158** urges plunger **176** toward battery housing **170**, overcoming the force exerted by spring **174** and establishing electrical contact between housing **172** and battery **40**. In this way, battery **40** may be conserved until cap **24A** is placed on stem **150**.

Pressure transducer **60** (not shown in FIG. 9) is suitably housed within housing **172**. signal conversion circuitry, such

US 6,672,151 B1

11                                                                      12

as that described in connection with signal convertor 34 (FIG. 2), is also housed within housing 172. Similarly, the transmitter and transmitter driver components, analogous to LED 38 and LED driver 36 of FIG. 2, may be housed within housing 172. Alternatively, IR unit 168 may perform the dual function of receiving a command signal and transmitting a response signal, in which case sensor 168 may also comprise an appropriate LED (not shown). In yet a further alternate embodiment, the response generator (LED and driver) may be disposed proximate an opening which extends through the side of cap 124 proximate housing. 172.

Those skilled in the art will appreciate that housing 172 may comprise a signal generator which produces a response signal through a medium other than infrared. Infrared is highly preferred because it does not require FCC licensing as is the case with many frequencies in the radio band. IR frequencies are also desirable in that use thereof reduces the likelihood of interference with other electromagnetic sources typically found in an automotive environment, for example, sunlight, garage door openers, radar detectors, and the like.

Those skilled in the art will also appreciate that, to the extent economically feasible, the electronic circuitry may be implemented in a micro-chip configured for disposition within housing 172. Mass production of such a chip could result in a per unit cost for each transducer circuit which is relatively insignificant with respect to the cost of a tire. When the battery output becomes too low to generate a satisfactory response signal, the cap may be discarded and replaced with one having a new battery. Alternatively, pressure sensor 16 may be mounted to or extend from the sidewall portion of the tire, tread 20, or rim 22.

In a second embodiment, a remote sensing and receiving system may be employed in fire extinguisher devices. With reference to FIGS. 10, 11, and 14, a remote sensor unit 400 and a receiver unit 500 communicate to each other through infrared signals. Sensor unit 400 is attached to a fire extinguisher device 305. Sensor unit 400 is preferably attached during the manufacture of the fire extinguisher. However, sensor unit 400 could be attached when filling the fire extinguisher or as a retrofit after filling.

Sensor unit 400 is affixed to fire extinguisher device 305 preferably near the nozzle 307. A transducer 422 is disposed within the pressurized tank of fire extinguisher 305. Sensor unit 400 is attached in or on fire extinguisher device 305 so that sensor unit 400 can transmit signals via an infrared output 460. Those skilled in the art will appreciate that sensor unit 400 may be mounted in various places so that transducer 422 is exposed to the pressure in the tank of fire extinguisher 305 and infrared output 460 is exposed to the exterior of extinguisher 305.

Sensor unit 400 is manufactured with switch 453, a one time switch. Switch 453 ensures that battery power is not used during the manufacture of sensor unit 400. When switch 453 is closed, sensor unit 400 can be powered from a battery 410. Switch 453 should be closed before sensor unit 400 is distributed.

Sensor unit 400 and a receiver unit 500 are employed in the inspection and maintenance of fire extinguisher devices. In order for proper inspection, sensor unit 400 must be capable of transmitting data to receiver unit 500 indicative of the identification of the fire extinguisher. By way of example, identification data may include an identification number, a filling sight number, the date and time of inspection, and status of the fire extinguisher. Some of this data can be input into a memory 434 at the time fire extinguisher 305 is filled or at the time sensor unit 400 is

provided at fire extinguisher 305. This data can also be programmed into memory 434 by receiver unit 500. If memory 434 is powered memory, switch 453 must be closed before loading any data into memory.

Sensor unit 400 stores device information in memory 434. This information generally includes at least one of the following: the building address, date of filling, the filling sight, barometric pressure at the filling sight, device identification number, and location inside the building. All pertinent information for extinguisher maintenance and inspection could be stored in memory 434 as the user requires. Memory 434 and battery 410 can be sized according to the amount of data to be stored.

Generally, the operation of the remote sensing and receiving system is described for use in the inspection of fire extinguisher devices as follows. Fire extinguisher device 305 is employed with sensor unit 400 and filled with contents to capacity (full charge).

After fire extinguisher device 305 is filled, receiver unit 500 sends control signals to turn sensor unit 400 "ON". Next, receiver unit 500 sends control signals to verify the data stored in memory 434 in sensor unit 400 and the pressure in fire extinguisher device 305. After verification, sensor unit 400 returns to a dormant state or "STANDBY" mode, and fire extinguisher device 305 is ready for deployment at a building location. Once deployed, the remote sensing and receiving system is used for easy inspection of fire extinguisher devices at periodic intervals.

In the normal course of building maintenance, an inspector holding receiver unit 500 periodically walks up to fire extinguisher device 305 employed with sensor unit 400. The inspector presses the appropriate keys on a keyboard 526 in order to activate sensor unit 400. In response to the appropriate keys and or switches, receiver unit 500 transmits an activation signal to sensor unit 400. An activation is a signal like a start-up signal which turns on a particular device. In response to this activation signal, sensor unit 400 is turned "ON" and transmits signals indicative of characteristics of fire extinguisher device 305 and sensor unit 400.

After sensor unit 400 is turned "ON", sensor unit 400 is able to produce signals indicative of certain characteristics as is requested by the inspector through receiver unit 500. As an example, the signals could reflect characteristics like current pressure in the extinguisher, identification of the fire extinguisher, and date of charging as well as other data stored by sensor unit 400. Receiver unit 500 stores this information as well as data generated by receiver unit 500 in a memory 522. After a period of time of no signals from receiver unit 500, sensor unit 400 returns to a dormant state or "STANDBY" mode.

Referring now to FIG. 10, sensor unit 400 includes an activation circuit 440, a pressure measurement circuitry 420, a processor circuitry 430, infrared output 460 and battery 410. Activation circuit 440 includes an infrared detector circuit 441, a power switch circuit 450 and a power source transistor 454. Infrared detector circuit 441 includes an infrared sensor 442, a gain amplifier 444, a band pass filter 446, and a detector circuit 448. As is well known in the art, most circuit elements on sensor unit 400 could be reduced and combined with other elements onto a single microchip. This reduction saves manufacturing time, power requirements, and size.

The interaction the circuits in FIG. 10 are explained generally as follows. Detector circuit 441 detects infrared signals and generates demodulated electric signals. These signals are provided to processor circuitry 430, pressure measurement circuitry 420, and activation circuit 440.

US 6,672,151 B1

13

In response to signals representing a request for pressure measurement data, pressure measurement circuitry **420** provides a serial electrical signal indicative of pressure data to processor circuit **430**. Also, in response to signals representing a request for pressure measurement data, processor circuitry **430** provides this signal to infrared output **460**. Infrared output **460** modulates the electrical signal and outputs a modulated infrared signal to the receiver unit **500**.

In response to signals representing a request for other data such as data stored in a memory device, processor circuitry **430** generates a serial electric signal representing the requested data and provides the signal to infrared output **460**. Infrared output **460** modulates the electrical signal and outputs a modulated infrared signal to the receiver unit **500**.

In response to signals requesting that data be written to memory elements in sensor unit **400**, processor circuitry **430** receives that data. The data is converted to a serial electric signal by detector circuit **441**. Processor circuitry **430** converts the data to parallel form and stores that data in a memory unit in sensor unit **400**.

The circuitry in sensor unit **400** generally is in a dormant state until turned "ON" by activation circuit **440**. Sensor unit **400** saves energy from battery **410** by operating in the "STANDBY" mode unless communicating with receiver unit **500**. In the "STANDBY" mode, all circuitry in sensor **400** is powered down except for infrared detector circuit **441**, activation circuit **440**, and memory **434**. Activation circuit **440** turns remote sensor unit **400** "ON" when activation circuit **440** receives the proper signal from receiver unit **500**. In the preferred embodiment the proper signal is 19 kHz carrier signal although sensor unit **400** could be configured for various frequencies. Sensor unit **400** is in a "STANDBY" mode at all other times.

When an activation signal from receiver unit **500** is transmitted to remote sensor unit **400**, activation circuit **440** provides a path to power for other circuit elements. Power source transistor **454** is turned on to provide the path to battery **410**. The circuit elements that receive power through transistor **454** are processor circuitry **430**, pressure measurement circuit **420**, and infrared output **460**.

Pressure measurement circuit **420** is advantageously configured to sense fire extinguisher pressure, generate an electrical pressure signal, and apply the signal to processor circuitry **430**. Processor circuitry **430** then converts the pressure signal into an encoded form suitable for use in infrared output circuit **460**.

The encoded signal indicative of pressure produced by processor circuitry **430** is applied to infrared output circuit **460**. An infrared LED **465** is modulated in a manner which represents the sensed pressure as a selected characteristic of the encoded signal, e.g., frequency, pulse code, pulse width, etc. In a preferred embodiment, infrared output circuit **460** drives infrared LED **465**, which emits a modulated pulse response signal, suitably in the infrared frequency range, indicative of pressure. The LED emissions are preferably directional so that the inspector can determine which sensor unit **400** is being read by the relative position of receiver unit **500** to sensor unit **400**.

Referring now to FIG. 11, receiver unit **500** suitably comprises: a power circuit **510**, a computer circuit **520**, and a transmitter circuit **540**. Power circuit **510** includes a battery **512**, a switch **514**, and a voltage regulator **516**. Switch **514** is a standard user activated switch for turning "ON" the receiver unit **500**. Receiver unit also includes a receiver circuit **580**.

The interaction the circuits in FIG. 11 are explained generally as follows. Receiver circuit **580** detects infrared

14

signals and generates demodulated electric signals. These signals are provided to computer circuit **520** which performs operations or stores data in response to these signals. The data stored could be communicated as part of the electric signal as when the sensor unit **400** is responding to a request for information.

Computer circuit **520** also is responsible for creating control signals such as read, write, and activations signals. These signals are generated by computer circuit **520** in response to commands form the user or software. These signals are provided to transmitter **540**. Transmitter **540** modulates these signals and produces a modulated infrared signal for sensor unit **400**.

Receiver unit **500** is advantageously configured to transmit control signals like activation signals, read signals, and write signals. Activation signals cause activation circuit **440** to turn "ON" components in sensor unit **400**; read signals cause processor circuitry **430** to initiate generation of signals indicative pressure data or other data by sensor unit **400**; write signals cause data transmitted by receiver unit **500** to be stored in memory **434** of sensor unit **400**. Computer circuit **520** creates these signals which are transmitted to sensor unit **400**. These signals are initiated by a program stored in memory **522** or from user manipulation of keyboard **526** or other switches.

Computer circuit **520** applies these control or processor signals to transmitter circuit **540**. Transmitter circuit **540** modulates an infrared LED **548** in accordance with processor signals or signals initiated by computer circuit **520**. Receiver unit **500** communicates processor signals to sensor unit **400** by modulating LED **548** in a particular frequency, pulse code, pulse width, etc. Preferably, infrared LED **548** operates in the infrared frequency range.

The functions performed by the various elements comprising the foregoing block diagrams may be embodied in a unitary microchip (integrated chip) or several microchips. For example, the functional elements in sensor unit **400** be implemented in a single microchip or in a microprocessor system for convenient disposition in the fire extinguisher device. Also, the functional elements comprising receiver unit **500** could be implemented in a single microchip or in a microprocessor for incorporation in the hand-held device.

Computer circuit **520** suitably comprises memory **522**, a micro & peripheral circuit **524**, keyboard **526**, a serial port **528**, a LCD display **532**, and a barometric sensor **538**. Memory **522** is preferably a RAM chip. Memory **522** is preferably a nonvolatile type of memory so that data is not lost when the receiver **500** is turned off. However, as is well known in the art memory could be substituted by a combination of RAM or ROM. Examples of other types of memory are dip switches, disks, tapes, ROM chips, or other memory devices. Memory **522** stores the various data produced by receiver unit **500** and sensor unit **400**. Any needed data, instructions, or a program for computer circuit **520** can be stored in memory **522** or micro & peripheral circuit **524**.

Micro & peripheral circuit **524** provides the circuitry for signal generation and processing in receiver unit **500**. In a preferred embodiment, micro & peripheral circuit **524** is a microprocessor or a CPU based system. Preferably, micro & peripheral circuit **524** is an integrated microprocessor with internal RAM, EPROM, LCD controller circuitry, and oscillator. A CPU based system as is well known in the art comprises: a control circuit for maintaining the proper sequence of events with regard to interrupts, instructions, wait requests, and timing functions, an arithmetic logic unit (ALU) for performing arithmetic and logic operations, and various registers for program counting, an instruction

US 6,672,151 B1

15

decoder, and addressing unit. Micro & peripheral circuit **524** further may comprise clock pulse generator for timing operations, memory, input and output ports. Also, micro & peripheral circuit **524** includes any amplification, conversion or isolation necessary for use by any circuit components in receiver unit **500** or the central computer. The functions performed by processor circuitry **534** may be performed by a number of different hardware or software configurations without detracting from the spirit of the invention as recited in the claims.

LCD display **532** enables the operator to view data used and produced by the remote sensing and receiving system. Again, LCD display **532** could be replaced by various displays. For example light displays, CRT's, LEDS, audio displays and other displaying means. Keyboard **526** is a standard keypad. However, keyboard **526** could be replaced by switches or other data entering devices as is well known in the art.

When switch **514** in power circuit **510** is closed, the components in receiver **500** are provided with electrical power from battery **512**. The power is regulated by voltage regulator **516**. Voltage regulator **516** is a +5 VOLT regulator. Alternatively, regulator **516** could be +3 VOLT or any voltage required by the implemented circuit design.

A description of the preferred internal operation of the remote sensing and receiving system is described as follows with reference to FIGS. **10**, **11**, **12** and **13**. With switch **514** closed, the operator can initiate an activation signal **610** through keyboard **526** or a program stored in memory **522** or micro & peripheral circuit **524**. Activation signal **610** is transmitted as pulses of particular frequency or tone as in signal **612**; in a preferred embodiment pulses of a 19 kHz signal provides an activation signal **610**. Micro & peripheral circuit **524** creates an activation signal when micro & peripheral circuit **524** enables transmitter circuit **540**. Processor circuitry changes the state of an input **541** of the AND gate **544** to a logic high. An input **543** of AND gate **544** is a 19 kHz carrier signal created by an oscillator **542**. When input **541** is high, the output of AND gate **544** is the same signal received by input **543**; in this embodiment, a 19 kHz carrier signal is transmitted as long as input **541** is high. This signal travels across a resistor **545** and turns a transistor **546** on and off at a frequency of 19 kHz. As transistor **546** is modulated at 19 kHz, a 19 kHz signal travels through infrared LED **548** and a resistor **547**. Infrared LED **548** produces an infrared signal modulated at 19 kHz in response to the electrical signal. In other words, a 19 kHz carrier signal of infrared light is produced by infrared LED **548** and transmitted to sensor unit **400**.

With reference to FIG. **13**, a signal **612**, a 19 kHz carrier signal, is demodulated as a signal **614**, an ON signal. An activation signal is shown as activation signal **610** or as part of hand-held read signal **620**.

When any infrared light is transmitted to sensor unit **400**, infrared sensor **442** produces an electric signal proportional to the amount of infrared light received. The electric signal is amplified by gain amplifier **444** and input into band pass filter **446**. Band pass filter **446** filters signal eliminating any signals not of the proper frequency. Preferably, band pass filter **446** is tuned so that only 19 kHz signals are transmitted to detector **448**. Detector **448** receives the filtered signal and demodulates the 19 kHz carrier signal into clock pulses representing the presence of the carrier signal as represented by signal **612**. In other words, detector **448** preferably generates a pulse signal similar to the pulse signal created by micro & peripheral circuit **524** and transmitted to input **541**. Detector **448** transmits this pulse signal to power switch

16

circuit **450**, pressure measurement circuit **420**, and processor circuitry **430**. Communications between sensor unit **400** and receiver unit **500** are explained as follows from the perspective of the receiver unit **500**.

Power switch circuit **450** turns power source transistor **454** to an "ON" state in response to an activation signal. Power switch circuit **450** keeps power source transistor **454** "ON" for a specific amount of time after a signal. Power source transistor **454** provides a path to power other circuit elements in sensor unit **400**. The activation signal must be at least 2 pulses in order to keep the sensor unit **400** in an "ON" mode. The activation signal is chosen as two pulses rather than one in order to ensure the reliability of signal reception. In the preferred embodiment, logic circuits and counters are used as part of power switch circuit **450** to turn sensor unit **400** "ON" after receiving the two pulses of activation signal **610**. The device can be configured to have various activation signals. For example, a less conservative approach could simply use one pulse to activate sensor unit **400**. An activation signal is a necessary part of both read and write signals as is explained below.

Computer circuit **520** creates read signals so that sensor unit **400** transmits data to receiver unit **500**. With reference to FIG. **13**, read signal **620** is produced by receiver unit **500** upon initiation by operator or program stored in memory **522**. The first part of read signal **620** is an activation signal. The rest of read signal **620** are clock pulses which initiate the transmission of data by sensor unit **400**.

Read signal **620** is created in the transmitter circuit **540** similarly to activation signal **610**. Micro & peripheral circuit **524** sends pulse signals to the input **541** of AND gate **544**. In response to this signal, LED **548** is modulated to produce pulses of 19 kHz carrier signals.

In response to this first activation signal, sensor unit **400** is turned "ON". When sensor unit **400** is turned ON from the dormant state or "STANDBY" mode, the sensor unit begins in read mode, state **1**. After the activation signal, receiver unit **500** sends clock pulses of 19 kHz carrier signal; these pulses are part of read signal **620**.

In the read mode, state **1**, sensor unit **400** determines the pressure and transmits pressure data back to receiver unit **500** synchronously with the clock pulses of read signal **620**. The pressure data is transmitted in the form of a sensor read signal **624**. Once micro & peripheral circuit **524** receives a pulse representing data in sensor read signal **624**, receiver unit **500** transmits another pulse. In response to this pulse, sensor unit **400** transmits another pulse representing data. Sensor unit **400** and receiver unit **500** repeat these operations until the requested data is transmitted by sensor unit **400**.

After the data is received, processing circuitry **524** evaluates the pressure data from sensor **400**, and then turns input **541** of AND gate **544** low so that receiver unit **500** ceases the transmission of the 19 kHz carrier signal. Sensor unit **400** is deactivated because of this absence of signals.

After deactivation, receiver unit **500** repeats this read sequence with the read signal **622** in order to verify the first reading. If the pressure data received by receiver unit **500** is the same as the first reading, the pressure data is converted into a readable form and displayed on LCD display **532** or stored in memory **522**. If the pressure data is different than the first reading, receiver **500** repeats the procedure with another read signal **620**. The pressure data is preferably displayed on LCD display **532** in pounds per square inch.

When additional information is desired from the sensor unit **400**, receiver unit **500** transmits read signals so that sensor unit **400** operates in a different state. Receiver unit **500** changes the state of sensor unit **400** by holding the

US 6,672,151 B1

17

18

carrier signals "ON" for a specific length of time without pulses. If the carrier signal is off for a specified length of time, sensor unit **400** will be deactivated; upon start-up, sensor unit **400** begins in the read mode, state **1** again.

A state change is accomplished by a signal from a charge circuit **431**. Charge circuit **431** outputs a pulse when it receives a carrier "ON" signal for a length of time from detector **448**. This pulse initiates a state change in a state counter **435**. If the carrier "ON" signal is interrupted by pulse signals, charge circuit **441** again must be held "ON" for the specific period of time. Charge circuit **431** can be implemented in various circuits. In a preferred embodiment, charge circuit **431** includes a resistor capacitor network coupled to a one shot and logic circuits for producing a pulse after the carrier signal has been held "ON" for a period of time.

After the carrier "ON" signal has been sent for an appropriate length of time, receiver unit **500** transmits an activation signal of at least two pulses so that sensor unit **400** changes states. Sensor unit **400** changes states in response to this activation signal and the pulse signal from charge circuit **431**. In the new state, sensor unit **400** transmits new information corresponding to the different state in response to clock pulses from the receiver unit **500**.

With reference to FIG. **13**, a read signal **630** activates sensor unit **400** "ON" and transmits the carrier signal until state **2** is reached. When state **2** is reached, receiver unit **500** transmits another activation signal followed by the carrier signal to reach state X. When state **2** is surpassed, receiver unit **500** transmits another activation signal followed by clock pulses so that sensor unit **400** transmits data in state X.

In response to the clock pulses, sensor unit **400** synchronously transmits pulses representing information as shown in read signal **630** and the a sensor read signal **632**. These clock pulses allow the receiver unit **500** to keep track of the information received. With this method, information is not received out of sequence because each bit of data is transmitted upon initiation of a clock pulse from receiver unit **500**. Receiver unit **500** does not send another clock pulse until the requested bit is received. After all the bits making up the requested data are received, receiver unit **500** does not send any more clock pulses.

As an example, when the sensor unit **400** is in the read mode, state X, identification data is transmitted to receiver unit **500**. Sensor unit **400** stores the identification data in memory **434**. The data is transmitted serially from memory **434** to multiplexer **432**. In a particular embodiment, memory **434** includes a shift register for outputting data. State counter **435** addresses the memory location associated with a given state so that memory **435** outputs the data to the shift register. The clock pulses in read signal **630** initiate a serial output of the data one bit at a time by the shift register.

Various states could be reached by sensor unit **400** through the method of activation signals and carrier signals described above. In these various states, various information could be sought and transmitted according to the users needs.

State X is not the limit of states; other states can be reached by the same technique. For instance, activation signals and carrier signals can be transmitted at appropriate times in order to reach read mode, state Y. In state Y, sensor unit **400** synchronously transmits different information in response to pulses transmitted by receiver unit **500**. This different information could be stored in a memory location in memory **434** which is addressable by state counter **435**. For example, this different information could be the date of the last measurement of pressure. This procedure can be continued in this fashion until all desired information is obtained.

With reference to FIG. **13**, read signal **630** shows that different states can be reached without having to transmit data at every previous state. This feature saves energy as LED **465** is not driven unnecessarily. For instance, read signal **630** reaches state X without having sensor unit **400** transmit data in states **1** and **2**. Read signal **630** skipped the data in states **1** and **2** by not providing any clock pulses in between activation signals, instead a constant carrier signal was provided. In contrast, read signal **620** provided for the reception of the data of state **1** by transmitting clock pulses after the activation signal.

The write mode is slightly more complicated than the read mode. Unlike the read mode, receiver unit **500** must send specific data to sensor unit **400** in the write sequence. The data is represented by a series of pulses. This data can be location data, identification data, barometric pressure, the date, or any other data for use or storage by sensor unit **400**. The series of pulses are generated by processing circuitry **524** and sent through transmitter circuit **540**.

With reference to FIG.**12**, the write mode is reached in sensor unit **400** with activation signals and providing change state signals with carrier signals for a specified amount of time. Preferably, the write mode is after the last state in the read mode. In other words, receiver unit **500** transmits a series of activation signals followed by carrier signals for a specified length of time until all read states have been surpassed. Once the write mode and proper state is reached, receiver unit **500** sends data corresponding to the state.

Just as the correct state had to be reached in the read mode, the correct state has to be reached for the write mode. For instance, if the operator is transmitting identification data to sensor unit **400**, sensor unit **400** should be in the write mode, state X where state X is the state for receiving the first number of the identification.

For example, in order to store identification number 00225, there are five identification states, one for each digit. After the write mode is reached, sensor unit **400** is put in state X by transmitting the write signal **640**. Write signal **640** is a combination of an activation signal and carrier signals. After the appropriate mode is reached, the first digit is input by transmitting an activation signal (two clock pulses) and the digit (5 clock pulses). Again, two clock pulses for an activation signal are not required; the circuit can be designed so that one would be sufficient. However, two clock pulses are implemented in this design because two pulses are more reliable. In other words once correct state is reached, receiver unit **500** transmits seven clock pulses. Upon receiving the activation signals, sensor unit **400** synchronously transmits the data back to receiver unit **500** as in the sensor write signal **650**. Receiver unit **500** verifies that the data transfer was correct. If the data received was not correct, receiver unit **500** does not advance sensor unit **400** into the next state, and transfers the data again.

In response to the data represented by clock pulses, sensor unit **400** stores the digit five in memory **434** in a space reserved for the first identification number. The memory location is addressed by state counter **435**. The clock pulses are counted by the pulse counter **438** so that the total can be input into memory **434**. After the data is verified, receiver unit **500** transmits a carrier signal to increment sensor unit **400** to receive the next digit. The second digit is transmitted as four clock pulses. The first two pulses are an activation signal which change sensor unit **400** to the next state; the last two pulses represent the number two. This procedure is repeated until all data is written in sensor unit **400**.

Again, other data can be written to sensor unit **400** in other states. The procedure of activation signals and carrier signals

US 6,672,151 B1

19

for specific times can be used to reach various states. The following are examples of other data that could be written in these other states: filling sight data, barometric pressure data, date data, last reading data, etc.

The following is a detailed description of the communications explained in reference to sensor unit 400. When the first activation signal is received as in the first part of read signal 620, sensor unit 400 is turned ON. Detector 448 generates two electric pulses which are received by power switch 450. In response to these two pulses power switch 450 holds power source transistor 454 ON for a period of time. Power switch 450 holds power source transistor 454 ON after receiving any subsequent carrier on signals or pulses from detector 448.

Upon activation of sensor unit 400, state counter 435 is cleared by the state clear circuit 436. State counter 435 keeps track of states for read modes and write modes. When the state counter 435 is cleared, the sensor unit 400 is in the read mode, state 1 or the state for reading pressure data. State clear circuit 436 is comprised of a resistor capacitor network employed to provide a pulse upon the activation of sensor unit 400. Alternatively, state clear circuit 436 could be a one shot circuit which provides a pulse when sensor unit 400 is turned ON. State counter 436 has an input which sets the counter at zero when a particular input is placed upon the clear counter input. This method for clearing a counter circuit upon device start-up is known in the art.

A one shot circuit 452 is connected to power switch 450. When the output of power switch 450 goes from high to low one shot 452 outputs one pulse. The output of one shot 452 is connected to the analog to digital converter 426. In response to this pulse, analog to digital converter 426 begins a serial output of data representing the pressure measured by transducer 422.

In response to the subsequent clock pulses in read signal 620, sensor unit 400 begins to read the pressure. Transducer 422 provides an electrical signal which is indicative of the pressure. A pressure sensor circuit 423 receives this signal. Preferably, pressure sensor 423 provides a signal ranging from 0 mV at no pressure to 100 mV at full pressure. Full pressure is approximately 300 pounds per square inch depending on the type of fire extinguisher device 305. Amplifier 424 provides necessary temperature compensation and gain adjustment for accurate readings. Preferably, amplifier 424 is configured to output a signal of 10 mV per pound per square inch of pressure depending upon the analog to digital converter 426 and transducer 422 in pressure measurement circuit 420.

The amplified signal is input into analog to digital converter 426. Analog to digital converter 426 is preferably an 8 bit serial converter. For this embodiment, the analog to digital reference is chosen to provide a ratiometric output with maximum pressure resulting in maximum binary numbers. Therefore, in this particular embodiment, 10 mV/pound per square inch at 300 pounds per square inch maximum equals 3.0 volts. Thus, analog to digital converter 426 should be referenced to 3.0 volts to represent maximum pressure and maximum binary number. For an 8-bit converter, the maximum binary number is 256. Upon receiving a clock pulse from one shot 452, analog to digital converter 426 produces a serial signal indicative of the pressure. Alternatively, analog to digital converter 426 could be a parallel analog to digital converter combined with a register capable of serial output.

One shot 452 only enables analog to digital converter 426 once every time sensor unit 400 is turned ON. In this way energy is saved as analog to digital converter 426 is dormant when sensor unit 400 is not in read mode, state 1.

20

A multiplexer 432 selects which signals are transmitted by infrared output circuit 460. Multiplexer 432 has two data inputs; the first data input 432A is connected to analog to digital converter 426, and second data input 432b is connected to memory 434. Multiplexer 432 also has at least 1 control input for selecting the data to output. A control input 432c is connected to state counter 435. Preferably, multiplexer 432 has enough control inputs to select the number of sources. In this exemplary embodiment, an OR gate is connected to all the outputs of state counter 435 so that the digital to analog converter is only chosen when state counter 435 outputs a zero. When the state counter 435 outputs a zero, sensor unit 400 is in the read mode state 1 or the read mode for pressure data. When the output is not zero, the multiplexer 432 selects input 432B.

State counter 453 is also connected to memory 434. Depending upon the state, state counter selects various memory locations in memory 434. Memory 434 preferably has parallel memory outputs connected to shift register for serially transmitting data to the multiplexer 432. Alternatively, memory 432 could be a memory device with a serial output or a serial memory device.

Infrared output circuit 460 produces infrared signals in a similar manner to transmitter circuit 540. A signal is transmitted to input 462a of a NAND gate 462 from multiplexer 432. An oscillator 469 provides a 38 kHz carrier signal to the input 462b of NAND gate 462. If the signal to input 462a is high, an inverted carrier signal is output from NAND gate 462. If the signal to input 462a is LOW, the output of NAND gate 462 is HIGH. When the output of NAND gate 462 is low, a transistor 468 is turned on and current travels through infrared LED 465 and a resistor 467.

Infrared LED 465 emits infrared light in response to this current. The infrared signal is a 38 kHz modulated signal of input 462a as a result of the 38 kHz signal on input 462.

The 38 kHz modulated signal is transmitted to receiver circuit 580 in receiver unit 500. Receiver circuit 580 is similar to infrared detector circuit 441 in sensor unit 400. An infrared sensor 582 produces an electrical signal in response to infrared light in proportion to the amount of light received. The amplifier 584 increases the magnitude of the signal produced by infrared sensor 582. The band pass filter 586 prevents signals of inappropriate frequencies from passing to decoder 588. In a preferred embodiment, band pass filter 586 is tuned to 38 kHz so that only signals from sensor unit 400 are allowed to pass. The reason for the different transmit and receive carrier frequencies is to avoid cross coupling of information between receiver unit 500 and sensor unit 400. If cross coupling exists, sensor unit 500 could remain "ON" by inducing a signal from its own infrared output 460 into its own infrared detector circuit 441. The decoder 588 demodulates the signals from filter 586 and generates electric signals. These signals are input into micro & peripheral circuit 524 for appropriate storage or actions.

Once state counter 435 reaches the write mode through write signals, pulse counter 438 counts pulses sent by receiver unit 500. Pulse counter 438 has outputs connected to memory 434. The data on these outputs is indicative of the number of pulses sent by receiver 500; this data is written to memory 434 after the last pulse is transmitted for the particular state. After the data is written, pulse counter 438 is cleared.

State counter 435 addresses memory 434 so that the data from pulse counter 438 is written to the appropriate location. For other states in the write mode, state counter 435 is incremented so that it addresses a different location in memory 434.

US 6,672,151 B1

21

With reference to FIG. 12, write signal 640 is received by sensor unit 400 as sensor write signal 650. Sensor write signal 650 initiates a state change by sending an activation signal followed by a specified period of carrier "ON" signal. In response to this period of carrier signals, state counter 435 is incremented to change states. When the appropriate state is reached by state counter 435, data is transmitted in the form of clock pulses by receiver unit 500.

State counter 435 provides circuitry for addressing the memory 434 and signalling the memory 434 to input the data on pulse counter 438. This circuitry includes one shots and logic gates for enabling the write input to memory 434 as well as the various address inputs in memory 434. In one embodiment, pulse counter 438 inputs the data into memory in response to a signal from charge circuit 431. Charge circuit 431 produces this signal in response to a carrier "ON" signal after the clock pulses have been sent on write signal 650.

There are various ways of employing processor circuitry 430 so that it addresses various memory locations, interprets data, stores data, and transmits data. This is a preferred embodiment among various embodiments including a microprocessor based system, or integrated circuit system which do not escape the spirit of the invention as discussed in the claims.

Although this particular preferred embodiment of communication has been described, various other communication techniques, and protocols are available without detracting from the spirit of the invention. For instance activation, deactivation, mode changes, and state changes could be communicated by transmitting different pulses, different frequencies, different pulse widths, different transmitters, or any other distinguishing signals.

After an inspection tour is completed, data collected can be downloaded from the receiver unit 500. The serial port 528 provides a means of communication between receiver unit 500 and other devices (not shown). For instance, receiver unit 500 could down load contents of memory 522 into a personal or central computer (not shown) through serial port 528. Also, receiver unit 500 could receive data from an outside source (not shown) through serial port 528.

Receiver unit 500 generates barometric pressure data indicative of the outside barometric pressure. Barometric sensor 538 produces a signal indicative of the barometric pressure of the environment of the receiver. Barometric sensor stores a data value indicative of the barometric pressure in memory 522. This data can be used to more accurately adapt the pressure measurement of the extinguisher. For instance, pressure readings are less accurate when there is a difference between atmospheric pressure at the filling sight and the inspection sight.

Receiver unit 500 also generates time and date data indicative of the time and date of the inspection. This data could be generated by a timer unit (not shown) or inputted by the user through serial port 528 or keyboard 526. The data produced by receiver 500 is stored with data received from sensor unit 400 in memory 522. Memory 522 is large enough to accommodate the relevant data for at least one inspection tour. The data stored in memory 522 can be viewed on display 532 or transmitted through serial port 528 to a central computer.

The physical parameter measured by the remote sensing and receiving system is not limited to pressure. Transducer 422 is a pressure transducer for use in extinguisher devices in which the quantity of contents is measured by pressure; for $CO_2$ fire extinguishers, measuring the pressure inside the extinguisher is an effective way of measuring the charge of

22

the fire extinguisher device. In other types of fire extinguisher devices, like a soda type extinguisher, the charge is effectively measured by weight. Sensor unit 400 can be configured for use in a soda type extinguisher by replacing pressure measurement circuit 420 with a weight measurement circuit. An equivalent of pressure transducer 422 for weight measurement is a strain gauge or other device used to measure weight. The placement of transducer 422 may have to be adjusted for weight application. For instance, a more suitable mounting position for weight transducer is on the bottom of fire extinguisher device 305.

The remote sensing and receiving system can be configured to be employed in various types of devices. For instance, the system could be employed in cooling systems like refrigeration devices, home air conditioners, car air conditioners, commercial environment cooling systems, freezers, and other chilling systems. The remote sensing and receiving system would work similarly to the operations discussed above. Sensor unit 400 would be affixed to the tubes or coils for measuring the pressure of the contents therein. These contents are any refrigerant for use in cooling applications; examples of such refrigerants are freon 12 as well as other types of freon, ammonia, ethane, propane, sulphur dioxide, carbon dioxide, methyl chloride and other refrigerants.

With reference to FIG. 16, sensor unit 400 could be affixed on or within a section of the tubes or coils during manufacture or later affixed to the system as a retrofit. For instance, the sensor unit 400 could be part of a cap placed over the end of a tube-like refrigeration piping 325. Tubes or refrigeration piping 325 can be divided into three categories: liquid lines, suction lines, and discharge lines. Sensor unit 400 could be employed in any of these three lines as well as in the condenser, compressor or evaporator as the user's needs dictate. In a preferred embodiment, the sensor unit 400 is placed in or near the condenser or a reservoir so that it most efficiently detects refrigerant or coolant system pressures. For measurements when the cooling system is off, sensor unit 400 should be placed near the evaporator or a reservoir which collects coolant when the cooling system is off.

Sensor unit 400 could derive power from the host appliance. For instance, in a refrigerator, sensor unit 400 could be supplied from the refrigerator power source rather than battery 410. In air conditioner applications, sensor unit 400 could alternatively receive power from the car or home electrical system rather than battery 410.

The remote sensing and receiving system provides an ideal apparatus for checking piping 325 in units as they progress down the assembly line. For example, a production system could be configured so that an air conditioner employed with at least one sensor unit 400 travels along an assembly line and passes by receiver unit 500 situated near the assembly line. Receiver unit 500 is configured to derive power from the assembly line power supply. Receiver unit 500 reads the pressure data transmitted by sensor unit 400. Receiver unit 500 transmits this data to a central computer or other assembly line apparatus so that appropriate action may be taken with regard to the amount of coolant in the air conditioner.

Another embodiment of the sensing and receiving system is used in fuel systems like fuel lines and fuel tanks. For instance, the system could be employed in natural gas lines or liquid propane tanks.

With reference to FIG. 15, the system could be used in a natural gas line 310 to measure the pressure of the contents at various points in the gas lines. These measurements would

US 6,672,151 B1

23

be helpful for determining leaks and usage of natural gas. In this embodiment, sensor unit **400** would be affixed in or on various points along natural gas line **310**; sensor unit **400** could be powered by battery **410** or an AC source. An inspector or robot could determine the natural gas pressure at the various points on the gas line by using receiver unit **500**.

With reference to FIG. 17, the remote sensing and receiving system could also be used in liquid propane tanks. This embodiment is similar to the fire extinguisher embodiment discussed in great detail above. Sensor unit **400** could be affixed in a liquid propane tank **320**. Receiver unit **500** would read the pressure data transmitted by sensor unit **400** in a manner similar to the methods discussed in the above other embodiments.

In a third embodiment, a reliable remote sensing and receiving system for use in tire pressure sensing applications, as well as other applications, includes a sensor unit **1000** (FIGS. **20** and **21**) and a receiver unit **2000** (FIGS. **18** and **19**). Sensor unit **1000** may be affixed to a tire or other vessel similar to sensor unit **400** or transducer **14**. In this particular embodiment, sensor unit **1000** and receiver unit **2000** utilize digital circuits to implement the sensing and receiving system.

With reference to FIG. 18, receiver unit **2000** includes an infrared receiver **2100**, a transmitter circuit **2200**, a computer circuit **2300**, and a power circuit **2400**. These circuits are coupled to each other to perform various receiving operations.

Computer circuit **2300** provides storage and manipulation of data received from infrared receiver **2100**. Computer circuit **2300** supplies data to, and controls transmitter circuit **2200**. computer circuit **2300** includes a micro and peripheral circuit **2320** and an LCD display **2310**. Circuit **2320** receives signals from the infrared receiver **2100** and provides data to LCD display **2310** for generating visual indicia of sensor measurements.

Infrared receiver **2100** detects infrared signals from a distance of approximately 3–5 feet from sensor unit **1000** and generates electrical signals representative of the infrared signals. Infrared receiver **2100** which is coupled to computer circuit **2300** also amplifies, filters and demodulates the electrical signals. Infrared receiver **2100** may include an infrared detector **2110** coupled to a gain amplifier **2120**, which is coupled to a band pass filter **2130** which is coupled to a detector **2140**. Infrared detector **2110** generates electrical signals in response to infrared light. Gain amplifier **2120** amplifies the signal from infrared detector **2110** and applies a signal to band pass filter **2130**. Band pass filter **2130** is tuned so that only signals of approximately 38 kHz are allowed to pass to detector **2140**. Detector **2140** demodulates the signal from band pass filter **2130** and provides a demodulated signal to computer circuit **2300**.

In response to the demodulated signal, computer circuit **2300** applies a control signal to transmitter circuit **2200**. The control signal enables and disables a 19 kHz oscillator signal produced by an oscillator **2210**. The oscillator signal is applied to an AND gate **2220**. AND gate **2200** outputs the oscillator signal when computer circuit **2300** applies a logic "1" to AND gate **2220**. When enabled, AND gate **2220** modulates an NPN transistor **2230** at 19 kHz through a resistor **2260**. NPN transistor **2230** conducts current through a resistor **2250** and an infrared LED **2240** in response to the signal from AND gate **2220**. Infrared LED **2240** emits infrared light in response to the electric signal.

Power circuit **2400** provides electrical power to receiver unit **2000**. A 9-volt battery **2420** provides power through a

24

switch **2410** to a 5-volt regulator **2430**. 5-volt regulator **2430** provides a 5-volt signal to the infrared receiver **2100**, transmitter circuit **2200**, and computer circuit **2300**.

With reference to FIG. 20, sensor unit **1000** includes an infrared receiver **1100**, a transmitter circuit **1200**, a pressure measurement circuit **1300**, a power circuit **1400**, and an activation circuit **1500**. The operations of these circuits are similar to the operations of the circuits in receiver unit **2000**. These circuits are coupled to each other to perform various operations.

Infrared receiver **1100** is similar to infrared receiver **2100**. An infrared detector **1110** produces electric signals in response to infrared signals. A gain amplifier **1120** amplifies the electric signal from infrared detector **1110**. A band pass filter **1130** is tuned so that only signals of approximately 19 kHz are allowed to pass from amplifier **1120** to a detector **1140**. Detector **1140** demodulates the signal and provides signals such as an A/D data clock signal to activation circuit **1500** and pressure measurement circuit **1300**.

Transmitter circuit **1200** is similar to transmitter circuit **2200**. Transmitter circuit **1200** is controlled by pressure measurement circuit **1300**. An oscillator **1210** provides a 38 kHz signal to one input of a NAND gate **1220**. Pressure measurement circuit **1300** provides a signal representing pressure measurement data to a second input of NAND gate **1220**. When transmitter circuit **1200** is enabled by pressure measurement circuit **1300**, NAND gate **1220** provides the 38 kHz oscillator signal to a PNP transistor **1230**. This signal modulates PNP transistor **1230** at 38 kHz . In response to this modulation, current travels through infrared diode **1240** and a resistor **1250**. When current travels through infrared diode **1240**, infrared light is emitted.

Power circuit **1400** provides power to the sensor unit **1000**. Power circuit **1400** includes a switch **1420** and a battery **1410**. Battery **1410** may be a 6-volt lithium battery. Switch **1420** is a one time activated switch which protects battery **1410** from providing power during the manufacture of sensor unit **1000**.

Activation circuit **1500** provides power to pressure measurement circuit **1300** when an activation signal, or start-up signal, is provided to a power switch **1510**. Power switch **1510** may be a retriggerable monostable circuit. In this particular embodiment, a start-up signal is an infrared 19 kHz modulated signal. The start-up signal can be a pulse or constant "ON" signal of the 19 kHz carrier signal. In response to a start-up signal, power switch **1510** turns a PNP transistor **1530** "ON" and sends a signal to a one shot circuit **1520**. One shot circuit **1530** produces an A/D convert signal in response to the signal from power switch **1510**. When transistor **1530** is "ON", power is provided to pressure measurement circuit **1300** and transmitter **1200**. When transistor **1530** is "OFF", power is only provided to activation circuit **1500** and infrared receiver **1100**. Disabling power to circuit **1200** and circuit **1300** increases the life of battery **1410**.

When pressure measurement circuit **1300** is provided power by activation circuit **1500**, pressure measurement circuit **1300** generates a signal indicative of pressure and provides the signal to transmitter circuit **1200**. Pressure measurement circuit **1300** includes a pressure sensor **1320**, a pressure transducer **1310**, an amplifier **1330**, and an analog-to-digital converter **1340**.

Pressure sensor **1320** produces an electrical signal indicative of pressure sensed by pressure transducer **1310**. This electrical signal is amplified by amplifier **1330**. Amplifier **1330** provides temperature compensation and gain amplification. Analog to digital converter **1340** converts the analog

US 6,672,151 B1

25                                                                                26

pressure signal from amplifier **1330** into a binary signal in response to the A/D convert signal produced by one shot **1520**. In response to A/D data clock signal, analog to digital converter **1340** serially outputs the binary signal to transmitter circuit **1200** for eventual reception by receiver unit **2000**.

The general operations of receiver unit **2000** and sensor unit **1000** are similar to the general operations of sensor unit **400** and receiver unit **500** discussed previously with reference to FIGS. **10** and **11**. With reference to FIGS. **18** and **20**, a start-up signal is initiated by computer circuit **2300** and transmitted by transmitter circuit **2100**.

The start-up signal is received by infrared receiver **1100**. In response, infrared receiver **1100** provides this signal to activation circuit **1500**. In response to this signal, activation circuit **1500** provides power to circuits **1200** and **1300**. In response to the supply of power and the A/D convert signal, pressure measurement circuit **1300** generates an electric signal indicative of pressure.

In response to clock signals transmitted by receiver unit **2000**, transmitter circuit **1200** transmits an infrared signal to receiver unit **2000**, where the signal is indicative of the electric signal produced by pressure measurement circuit **1300**. Upon detection of the infrared signal, infrared receiver **2100** generates an electric signal indicative of the infrared signal and transmits the electric signal to computer circuit **2300** to produce a display signal applied to LCD display **2310**.

Referring to FIG. **19**, circuit **2300** includes a microprocessor **2322** which controls the various circuits associated with receiver unit **2000**. Microprocessor **2322** is preferably a Signetics 80C751 processor. This device is chosen because the cost is minimal and yet it provides the necessary functions. Another suitable microprocessor **2322** for this type of application is an NEC micro PD75304. Microprocessor **2322** is a mask program device. Other versions of microprocessor **2322** such as EPROM versions which come in a window or one-time programmable version are suitable.

The various devices coupled to microprocessor **2322** are standard device interconnections as is well known in the art. The reset pin is coupled to a 10 microfarad electrolytic capacitor **2328**, and a 10K ohm resistor **2329**. Resistor **2329** and capacitor **2328** form a standard "power on reset" circuit. (All resistors in this second embodiment are 0.25 watt and 1% tolerance.) Inputs X1 and X2 are connected to a 12 MHz oscillator **2324**, a capacitor **2326** and a capacitor **2327** to provide an oscillator signal. oscillator **2324** is a standard 12.0 MHz oscillator crystal with 0.01% tolerance. Capacitors **2326** and **2327** are 20–30 pF ceramic disk capacitors. Descriptions for the various circuit connection for microprocessor **2322** are described in the technical documentation associated with microprocessor **2322**.

Microprocessor **2322** may be programmed in a high level language called PLM-51 designed for the 8051 family of microprocessors, of which the 80C751 is a family member. However, an I2C bus driver and minor interrupt vector routines are programmed in 8051 assembly language. An example of the software is enclosed as appendix A and will be explained in more detail with respect to FIG. **23**.

Microprocessor **2322** is coupled to a liquid crystal display (LCD) **2312** by an LCD display controller **2334**. Data lines **2350** and **2352** couple microprocessor **2322** to controller **2334**, and controller **2334** is coupled to LCD **2312** by data bus **2354**. Microprocessor **2322** provides signals to LCD **2312** via controller **2334**. LCD **2312** is a LXD 3-digital display mode **30** manufactured by LXD. The LXD mode **30** is chosen for low cost and low power consumption. Other

manufacturers of similar devices are available, such as optrex. Controller **2334** drives LCD **2312** in response to signals from microprocessor **2322**. Controller **2334** may be a Signetics PCF8577. The Signetics PCF8577 may be chosen since the I2C bus protocol is built into controller **2334**. A 680 pF ceramic disk capacitor **2336** and a 1 M ohm resistor **2338** provide a "power on reset" circuit for controller **2334**. The details of the interaction and interconnections of microprocessor **2322**, LCD **2312**, and controller **2334** are explained in the product literature of each device.

Microprocessor **2322** enables transmitter circuit **2200** to emit 19 KHz modulated infrared signals. A 100K ohm resistor **2218**, a 0.0018 microfarad ceramic disk capacitor **2214**, and a NAND gate **2212** produce a 19 kHz signal. NAND gate **2212** is a 14093 Schmidt NAND gate produced by Motorola or equivalent. (All NAND gates of the second embodiment are of this type.) The charging and discharging of capacitor **2214** and resistor **2218** create the 19 kHz output from NAND gate **2212**.

Microprocessor **2322** is coupled to a NAND gate **2224** by data line **2356**, where the output of NAND gate **2212** is also connected to gate **2224**. NAND gate **2224** allows microprocessor **2322** to selectively apply the 19 kHz signal to a NAND gate **2222**. When NAND gate **2224** is enabled by the P3.0 output of microprocessor **2322**, the 19 kHz signal is provided to a NAND gate **2222**. NAND gate **2222** acts as an invertor. The signal output from NAND gate **2222** is transmitted through a 4.7K ohm resistor **2260** to the base of NPN transistor **2230**. NPN transistor **2230** is a 2N4401 transistor produced by Motorola or equivalent.

Transistor **2230** is modulated by the signal from NAND gate **2212** through NAND gate **2224** and NAND gate **2222**. When transistor **2230** is turned "ON", current runs through 100 ohm resistor **2250** and infrared LED **2240**. When current travels through LED **2240**, infrared light is generated. Thus, LED **2240** produces a 19 kHz modulated infrared signal indicative of the electrical signal from NAND gate **2224**. Infrared LED **2240** is preferably an LTE5208A, made by Light-On or an equivalent. This diode was found to give a suitable transmission distance. Numerous manufacturers make infrared LEDs which are appropriate for this application.

Signals from sensor unit **1000** are received by infrared detector **2110** of infrared receiver circuit **2100**. Infrared detector **2110** provides an electrical signal indicative of the infrared signal to an infrared preamplifier **2101**. Various operations of infrared receiver circuit **2100** are implemented through infrared preamplifier **2101**. Infrared preamplifier **2101** is a Signetics TDA3047 infrared preamplifier.

Infrared detector **2110** is biased by a 22 ohm resistor **2122**, a 22K ohm resistor **2115** and a 22K ohm resistor **2114**. A capacitor **2116** and a capacitor **2112** filter out the DC signal so that only the AC signal from infrared detector **2110** is input into infrared preamplifier **2101**. Capacitor **2116** and **2112** are 0.01 microfarad ceramic disc capacitors. A capacitor **2124**, a capacitor **2138**, a capacitor **2136**, and a capacitor **2134** perform isolation and filtering operations. Capacitor **2124** is a 0.01 microfarad ceramic disk capacitor; capacitor **2138** is a 0.47 microfarad ceramic disk capacitor; capacitor **2136** is a 0.022 microfarad ceramic disk capacitor; and capacitor **2134** is a 6800 pF ceramic disk capacitor. These arrangements provide coupling, gain and queuing for the various filters and amplifiers in infrared preamplifier **2101**. Resistor **2122** and a capacitor **2118** stabilize the power supply for infrared preamplifier **2101**. Capacitor **2118** is a 0.47 uF electrolytic capacitor.

Infrared preamplifier **2101** is tuned to receive 38 kHz modulated signals from infrared detector **2110**. Infrared

US 6,672,151 B1

27
28

preamplifier **2101** provides amplifying, filtering and demodulating operations and outputs a demodulated signal to input P1.0 of microprocessor **2322** through a NAND gate **2126**. NAND gate **2126** inverts the signal from infrared preamplifier **2101**. The various devices coupled to infrared preamplifier **2101** provide coupling and isolating functions and are described in the product literature associated with infrared preamplifier **2101**.

A 4.7 mH inductor **2133** and a 3900 pF ceramic disk capacitor **2128**, coupled to pins **7** and **10** of preamplifier **2101**, provide filtering for the signal. Inductor **2133**, capacitor **2128**, and infrared preamplifier **2101** combine to provide a band bass filter tuned to approximately 38 kHz. Infrared detector **2110** is an infrared detector or receiver such as a LTR-316AG produced by Light-On or an equivalent. Numerous manufacturers produce infrared detectors suitable for this application.

Battery **2420** provides power to the circuits in receiver unit **2000**. Battery **2420** is a standard 9-volt D battery, preferably alkaline for long life, like an Eveready #**522**. Battery **2420** needs to be easily replaceable because the receiver unit **2000** is not a throw-away device. In this particular embodiment, battery **2420** provides 9 volts of power to infrared LED **2240** and a regulated 5-volt supply for powering the other circuit components. However, other power sources or batteries that provide voltages suitable for powering of the electronic circuitry are acceptable substitutes for battery **2420**.

The 5 volt regulated supply voltage, VCC, and 9 volt supply, +9 volt, are provided through switch **2410** to the circuits in receiver unit **2000**. Switch **2410** is suitably a push button switch or an ON-OFF switch. A zener diode **2414** is used to provide a regulated 5-volt voltage. Zener diode **2414** is a 1NS230, a 4.7 volt zener diode or equivalent. A resistor **2412** is a 100 ohm resistor, and switch **2410** is a SPST activation switch. A 47 uF electrolytic capacitor **2416** also filters and regulates the 5-volt voltage.

Referring to FIG. **21**, pressure is sensed in pressure sensor unit **1000** by transducer **1310**. Transducer **1310** and pressure sensor **1320** are combined in a pressure sensor unit **1322**. Pressure sensor unit **1322** is preferably a Nova sensor #NPH.

Generally, pressure sensor unit **1322** must be capable of monitoring 0–150 psi accurately. The output of pressure sensor unit **1322** should be linear with respect to pressure unless the circuitry of sensor unit **1000** is modified appropriately. Unit **1322** should also experience minimum drift with respect to temperature range. The use of a silicon technology to create a piezoresistive bridge is most effective in this application. These devices are quite linear and minimize the effects of temperature drift because all components reside in the same substrate and can be designed to compensate each component. However, the temperature range for the tire pressure sensing system is very extreme. With a temperature range of −40° C. to 125° C., even the best device has problems maintaining accuracy or consistency. In this application, a best fit scenario is recommended; that is, fit the curve for accuracy for the most useful range and let the accuracy fall off at the extremes. The extremes of the temperature range are not very often used. The Nova sensor #NPH is a suitable low cost choice.

Pressure sensor unit **1322** provides a full scale output voltage at approximately 100 mV. In other words, when pressure sensor unit **1322** is exposed to 150 pounds per square inch of pressure, the difference in outputs **10** and **4** is 100 mV. Several manufacturers make pressure sensor products which are usable for this application, like Honeywell, IC Sensors and Nova Sensor. The 100 mV output voltage is too small for devices like an analog-to-digital converter to work effectively. Thus, an amplifier with a gain of approximately 30 is used to interface unit **1322** to devices like an analog-to-digital converter.

Temperature compensation and gain circuitry, **1330** is implemented through an amplifier **1332**, an amplifier **1334** and an amplifier **1338**. Amplifiers **1332**, **1334**, and **1338** are LM324 op-amps or equivalents. These amplifiers are well known in the art. A 10K ohm resistor **1333**, a 10K ohm resistor **1336**, a 287K ohm resistor **1335**, and a 287K ohm resistor **1337** are used to provide the appropriate gain.

Analog-to-digital converter **1340** receives an analog signal indicative of pressure from amplifier **1338**. Converter **1340** is suitably comprised of a analog-to-digital converter **1342**, a resistor **1348**, a zener diode **1349**, a 150 pF ceramic disk capacitor **1346**, a 10K ohm resistor **1344**, a NAND gate **1359** and a serial shift register **1352**. A shift register **1352** combined with a parallel analog-to-digital converter is used because a clock frequency of less than 10 kHz is needed. Presently available Serial A/D converters are not suitable for applications involving clock signals less than 10 kHz. This is due to the dynamic nature of internal data storage. Analog-to-digital converter **1342** is suitably a National ADC0801 8-bit A/D converter or equivalent. In support for analog-to-digital converter **1342** , a 1.2 volt reference is provided by means of 4.7K ohm resistor **1348** and zener diode **1349**. Zener diode **1349** is a LM385 1.2 volt reference zener diode or equivalent. A capacitor **1347** provides decoupling for analog-to-digital converter **1342**. Capacitor **1347** is a 2.2 microfarad electrolyte capacitor.

The outputs of analog-to-digital converter **1342** are provided to serial shift register **1352**. When a pulse appears on the write input of analog-to-digital converter **1342**, a parallel binary output of the analog signal is provided. Serial shift register **1352** receives the parallel binary signal in response to a control signal through gate **1354**. The control signal is produced at the INTR pin of converter **1342**. Serial shift register **1352** is suitably comprised of a Motorola 14021 8-bit shift register or an equivalent. Serial shift register **1352** provides a serial output of the parallel binary signal in response to pulses input to the clock input. The output of a shift register **1352** is applied to a NAND gate **1221**.

NAND gate **1221** drives a transistor **1222**. NAND gate **1221** is a 14093 Schmidt NAND gate produced by Motorola or an equivalent. (All NAND gates in sensor unit **1000** are 14093 NAND gates.) PNP transistor **1222** is suitably a Motorola #2N4403, T0-92 or equivalent transistor. When current flows through transistor **1222**, current flows through resistor **1250** and infrared LED **1240**. Infrared LED **1240** is suitably a LTE5208A, manufactured by Light-On. Suitable infrared LEDs **1240** are manufactured by other manufacturers as well. The Light-On device was chosen for transmission distance characteristics and cost.

A NAND gate **1212** produces a 38 kHz oscillator signal. A 100K ohm resistor **1214** and an 820 pF ceramic disk capacitor **1216** allow NAND gate **1212** to produce the 38 kHz oscillator signal. This oscillator signal is applied to NAND gate **1221** which drives transistor **1222**.

Start-up signals from receiver unit **2000** are received by infrared detector **1100**. Infrared detector **1110** provides an electrical signal indicative of the infrared signal to an infrared preamplifier **1102**. Infrared detector **1110** is biased by a 22 ohm resistor **1129**, a 22K ohm resistor **1128**, and a 22K ohm resistor **1112**. Infrared detector **1110** is a LTR-316AG detector manufactured by Light-on or an equivalent. Various operations of infrared receiver **1100** are implemented through infrared preamplifier **1102**. Infrared preamplifier **1102** is a Signetics TDA 3047 infrared preamplifier.

29 30

Infrared preamplifier **1102** is tuned to receive 19 kHz modulated signals from infrared detector **1110**. Infrared preamplifier **1102** outputs a demodulated signal at pin **9**. A capacitor **1113** and a capacitor **1114** provide a filter so that only AC signals from infrared detector **1110** are input into infrared preamplifier **1102**. Capacitors **1113** and **1114** are 0.01 uF ceramic disk capacitors. Infrared preamplifier **1102** provides amplifying, filtering, and demodulating operations for the signal received by infrared detector **1110**. A 0.047 microfarad capacitor **1116**, a 0.022 microfarad capacitor **1118**, and a 6800 pF capacitor **1122**, provide various queuing and gain functions for infrared amplifier **1102**. Capacitors **1116**, **1118** and **1122** are all ceramic disk capacitors. Resistor **1129** and 47 uF electrolytic capacitor **1126** also stabilize the power supply for infrared preamplifier **1102**. Capacitor **1124** provides coupling between the amplifiers in infrared pream- plifier **1102**. Other chips which provide similar signal pro- cessing may require different values or difference compo- nents than those associated with the infrared preamplifier **1102** of this design.

The various devices coupled to infrared preamplifier **1102** are described in the product literature. An inductor **1104**, a capacitor **1106** and infrared preamplifier **1102** provide a band pass filter tuned to approximate 19 kHz.

A battery **1442** is provided to power various components of unit **1000**. The negative terminal of battery **1442** is coupled to ground, and the positive terminal is coupled to preamplifier **1102** by resistor **1129**. The positive terminal is also coupled to a NAND gate **1536** and the emitter of a transistor **1531**. A resistor **1533** couples the positive terminal to one input of gate **1536**, and the anode of diode **1532**. The cathode of diode **1532** is coupled to preamplifier **1102** and a NAND gate **1108**. Battery **1442** provides a logic "1" to one input on gate **1536**, gate **1541**, and gate **1108**.

Battery **1442**, preferably comprised of two 3-volt lithium batteries in series, provides a 6 volt power source. Battery **1442** is suitably comprised of two Eveready #CR2025 lithium oxide button, 3.0 volt. Of course, a single 6.0 volt battery is an alternative. Battery **1442** can be any suitable equivalent which is small, lightweight, has a stable supply voltage, and provides high current pulse capability, and low cost. Again, any power source is acceptable that can provide adequate voltage and current to the circuit. Custom inte- grated circuit implementation may reduce the power source requirement to one 3 volt power supply such as one Lithium 3V battery.

NAND gate **1536** is coupled to preamplifier **1102** through a retriggerable monostable circuit including resistor **1533**, diode **1532** and a capacitor **1534**. Capacitor **1534** is coupled between ground and the anode of diode **1532**. When the input coupled to diode **1532** is a level "0", the output of NAND gate **1536** is a level "1". When the output of NAND gate **1536** is a level "1", the output of a NAND gate **1538** is a level "0". NAND gates **1536** and **1538** are 14093 Schmidt NAND gates manufactured by Motorola. When the output of NAND gate **1538** is "0", transistor **1531** is turned "ON" through a resistor **1542**. When transistor **1531** is turned "ON", power is provided to the various circuit elements in sensor unit **1000**.

Transistor **1531** provides power to various circuit ele- ments in sensor unit **1000**. Transistor **1531** is a 2N4403 PNP transistor produced by Motorola or equivalent. When a carrier signal is detected by an infrared detector **1110**, infrared preamplifier **1102** sets pin **9** at a logic level "0". When pin **9** of infrared preamplifier **1102** is a logic "0", capacitor **1534** is discharged through diode **1532**. When capacitor **1534** is discharged, the input of NAND gate **1536**

is a logic "0". Diode **1532** is a 1N4148 or equivalent, and capacitor **1534** is a 0.47 microfarad ceramic disc capacitor. A 100K ohm resistor **1533** delays the charging of capacitor **1534** so that the input to NAND gate **1536** remains a logic "0" for a predetermined amount of time after infrared preamplifier outputs a logic "1".

The output of NAND gate **1536** is also coupled to NAND gate **1541** through a one shot circuit. The one shot circuit is comprised of a 0.1 microfarad ceramic disk capacitor **1544** and a 10K ohm resistor **1546**. The output of the one shot circuit is coupled to NAND gate **1541**. The output of NAND gate **1541** is coupled to converter **1342** through a 10K resistor **1547**.

The output of infrared preamplifier **1102** at pin **9** is also coupled to NAND gate **1108**. The output of NAND gate **1108** is coupled to register **1352** through a filter comprised of a 10K ohm resistor **1362** and a 0.01 microfarad ceramic disk capacitor **1364**.

A more detailed description of the operation of sensor unit **1000** and receiver unit **2000** will now be explained in detail with reference to FIGS. 21 and 19. When receiver unit **2000** is turned "ON" via switch **2410**, microprocessor **2322** out- puts a logic level "1" from the P.3.0 output into the second pin of NAND gate **2224** in response to software instructions. The first pin of NAND gate **2224** is connected to NAND gate **2212** which provides a 19 kHz oscillator signal. Therefore, when pin **2** of NAND gate **2224** is a logic "1", a 19 kHz signal is output from NAND gate **2224**. This signal is inverted by NAND gate **2222** and provided through resistor **2260** into transistor **2230**. Thus, transistor **2230** is modulated at 19 kHz. Infrared LED **2240** provides a modu- lated infrared signal in response to the signal applied to transistor **2230**.

If infrared LED **2240** is within range of infrared detector **1110** in sensor unit **1000**, the signal from receiver unit **2000** is received by sensor unit **1000**. When infrared preamplifier **1102** receives a 19 kHz signal from infrared detector **1110**, the output of infrared preamplifier **1102** is a logic "0".

When the output at pin **9** of infrared preamplifier is a logic "0", the retriggerable monostable circuit comprised of diode **1532**, capacitor **1534**, and resistor **1533** outputs a logic "0". In other words, when infrared preamplifier **1102** outputs a logic "0" at pin **9**, pin **2** of NAND gate **1536** is pulled to a logic zero through diode **1532**. When output **9** of infrared preamplifier **1102** is a logic "1", capacitor **1534** charges up and provides a logic "1" to NAND gate **1536**.

When NAND gate **1536** is provided a logic "0" from the retriggerable monostable circuit, NAND gate **1536** outputs a logic "1". This output is provided to NAND gate **1538** which acts as an invertor. Thus, when NAND gate **1536** outputs a logic "1", transistor **1531** is turned "ON" and provides a 5 volt signal, VCC, to the circuit components in sensor unit **1000**. When NAND gate **1536** outputs a logic "0", transistor **1531** is turned "OFF" and power is not supplied to VCC.

When the output of NAND gate **1536** changes from a level "0" to a level, a pulse is provided to NAND gate **1541** through a one shot circuit comprised of capacitor **1544** and resistor **1546**. Capacitor **1544** and resistor **1546** provide a one shot to increase reliability of the pulse by preventing minor glitches from being interpreted as pulses. In response to the pulse, NAND gate **1541** provides an inverted pulse to analog-to-digital converter **1342** through resistor **1547**. Resistor **1547** prevents an unacceptable current flow from battery **1442** to analog-to-digital converter **1342**. This inverted pulse signal is called the convert pulse signal.

The sensing of pressure by sensor unit **1000** begins when sensor unit **1000** is turned "ON". When transistor **1531** is

US 6,672,151 B1

31                                                                                      32

turned "ON", power at VCC is provided to pressure sensor unit 1322. Diode 1324 and diode 1326 are 1N4148 diodes used to isolate unit 1322 from VCC and ground. Unit 1322 provides a differential output from pins 4 and 10 indicative of the pressure sensed. The outputs are provided to amplifier 1332 and amplifier 1334. Amplifiers 1332 and 1334 are unity gain amplifiers which isolate the outputs of unit 1322. Amplifier 1332 and amplifier 1334 provide outputs to differential amplifier 1338. Differential amplifier 1338 has a gain of approximately 30. Resistor 1333 and resistor 1335, as well as resistor 1336 and resistor 1337, provide the appropriate gain.

The output of differential amplifier 1338 is provided to analog-to-digital converter 1342. Pressure sensor unit 1322 provides a 100 millivolt signal at 150 pounds per square inch. Thus, the output of unit 1322 is approximately 0.67 millivolts per pound per square inch. This signal is input into differential amplifier 1338 which outputs a signal of approximately 20 millivolts per pound per square inch.

As discussed above, the signal from NAND gate 1541, the convert pulse signal, is provided to analog-to-digital converter 1342. The inverted pulse, the convert pulse signal, is provided to the write input at pin 3 of analog-to-digital converter 1342. When analog-to-digital converter 1342 receives this signal on the write input, analog-to-digital converter 1342 provides a digital parallel 8-bit output representative of the magnitude of the analog signal. The analog-to-digital converter 134 provides a radiometric binary value for the analog input. The binary value is referenced to 1.2 volts through resistor 1348 and zener diode 1349. When analog-to-digital converter 1342 receives an analog signal of 1.2 volts or greater, a binary output of FFH is provided. Resistor 1348 is a 4.7K ohm resistor for biasing zener diode 1349. Zener diode 1349 is a LM385 or equivalent providing a 1.2 volt reference voltage. Resistor 1344 and capacitor 1346 provide internal clocking frequencies for analog-to-digital converter 1342. The values are chosen in accordance with the technical documentation for analog-to-digital converter 1342.

When the data is output from analog to digital converter 1342, the interrupt pin on analog-to-digital converter 1342 outputs a level "0". This signal is applied to NAND gate 1359 which inverts the signal and provides it to serial shift register 1352. In response to a pulse on the P/S input of serial shift register 1352, parallel data from analog-to-digital converter 1342 is loaded into shift register 1352.

After sensor unit 1000 has been turned "ON", receiver unit 2000 awaits a predetermined amount of time for shift register 1352 to obtain a binary number indicative of the pressure measured. After this time has elapsed, microprocessor 2322 emits a clock pulse from output P3.0 in response to the software. As described with reference to the start-up pulses, NAND gate 2224 provides a pulse of 19 kHz in response to the clock pulse from microprocessor 2322. This clock pulse is transmitted as a 19 kilohertz modulated infrared pulse from LED 2240. As with the start-up signals, the clock signal is received by infrared detector 1110. In response to this signal, infrared preamplifier 1102 provides an inverted pulse on its pin 9 output. This pulse keeps sensor unit 1000 "ON" by triggering the retriggerable monostable circuit.

This pulse is also provided to NAND gate 1108 which acts as an invertor. NAND gate 1108 produces clock pulses in response to the change of output on pin 9 of infrared preamplifier 1102. This pulse is transmitted across resistor 1362. Resistor 1362 and capacitor 1364 provide a filter for the pulse. This filter eliminates any pulses of insufficient

duration and therefore protects against inconsequential receptions by infrared detector 1110. The signal from NAND gate 1108 is provided to the clock input of serial shift register 1352 and is called the Clock In signal. In response to the Clock In signal, shift register 1352 provides the logic level of the most significant bit at output QH. Output QH is provided to NAND gate 1221. As stated previously, infrared LED 1240 provides infrared light modulated at 38 kHz if the NAND gate 1221 is provided with a logic "1" from serial shift register 1352.

Receiver unit 2000 receives the signal if it is within the range of infrared LED 1240. The signal is received by infrared detector 2110. Infrared detector 2110 provides an electric signal to infrared preamplifier 2101 at pins 2 and 15. The output of infrared preamplifier 2101 at pin 9 is inverted by NAND gate 2126. NAND gate 2126 provides this signal to input P1.0 of microprocessor 2322 if a signal is present, the software value of the bit is "1". If a signal is not received by receiver unit 2000 by the time the clock pulse from receiver unit 2000 is over, receiver unit assumes that the value of the bit is "0". The length of the clock pulse is approximately 50 milliseconds for this particular embodiment.

The software implemented in microprocessor 2322 stores this value and then provides another clock pulse at output P3.0. This clock pulse provides a pulse of infrared light modulated at 19 kilohertz. This infrared pulse is received by infrared detector 1110 and a pulse is provided as the clock in signal to the clock input of shift register 1352 in the same manner that the previous pulse was described. This pulse clocks serial shift register 1352 so that the second most significant bit is output from the QH output of serial shift register 1352. This bit is output by infrared LED 1240. As described above, this output is sensed by infrared detector 2110 and provided to microprocessor 2322. This sequence is repeated until all eight bits are received by microprocessor 2322.

The software in microprocessor 2322 then delays for approximately 125 milliseconds. When no 19 kilohertz signals are sensed by infrared detector 1110, infrared preamplifier 1102 provides a logic "1" output on pin 9. If the output of infrared preamplifier 1102 at pin 9 remains logic "1" for a predetermined length of time, capacitor 1534 charges to a logic "1" level. This predetermined length of time is less than 125 milliseconds. When capacitor 1534 charges to a logic "1" level, the output of NAND gate 1536 becomes low. This signal is inverted through NAND gate 1538 and transistor 1531 is turned "OFF". Thus, power is not provided to circuits coupled to the signal VCC. Thus, the shift register 1352, analog-to-digital converter 1342, differential amplifier 1338 and pressure sensor unit 1322 are not provided power.

After the 125 milliseconds, microprocessor 2322 provides a start-up pulse to NAND gate 2224 in order to take a second reading. As stated above, in response to this signal, LED 2240 produces a modulated 19 kHz infrared signal which is received by sensor unit 1000. In response to this signal, sensor unit 1000 is turned "ON". When sensor unit 1000 is turned "ON", the pressure is measured by pressure sensor unit 1322 and provided through differential amplifier 1338 to analog-to-digital converter 1342. Also, when sensor unit 1000 is turned "ON", a convert pulse signal is provided to the write input of analog-to-digital converter 1342. Analog-to-digital converter 1342 provides a parallel binary output indicative of the pressure sensed. These outputs are provided to shift register 1352. As stated above, microprocessor 2322 clocks the sensor unit 1000 so that the binary data indicative of pressure sense is received by receiver unit 2000.

US 6,672,151 B1

33

Microprocessor **2322** compares this second value of pressure sensed to the first value of pressure sensed. If the value is the same or approximately the same, microprocessor **2322** averages these two values and converts the value to a ASCII code and stores them in the display array. If the values are not approximately the same, microprocessor **2322** takes another pressure reading and compares the values again. The next time the display task is executed, this data is sent to the LCD display controller **2334** from SCL/P0.0 and SDA/P0.1 outputs of microprocessor **2322**. The value of the ASC II code is received in the SCL input and an SDA input of LCD display controller **2334**. LCD display controller **2334** drives LCD display **2312** so that the pressure is readable as a three-digit number. Microprocessor **2322** sends the ASCII signal indicative of pressure serially to LCD display controller **2334**. The transmission from microprocessor **2322** to LCD controller **2334** is across an I2C bus. LCD display controller **2334** provides all scanning functions for LCD display **2312**.

With respect to FIG. **22**, the software (Appendix A) of receiver unit **2000** is described as follows: Microprocessor **2322** runs certain background routines which execute during the main program execution sequence. An interval timer program runs every 25 milliseconds in the background. This timer keeps track of when timed tests need to run and timed functions are complete. At every 25 millisecond interval, the timer asks the operating system to run the display task and the A/D converter read tasks. The display task takes the 3-digit display data and sends it out to LCD Display controller **2334**. This display task runs asynchronously with respect to the rest of the program. The display task calls the I2C bus driver module which handles the special interface protocol to the display controller **2334**. The A/D converter read task takes sequential steps to read the display.

When the operator presses switch **2410** on the receiver unit **2000**, power is applied to the circuitry (step **3000**). After a short reset pulse to microprocessor **2322** from the network composed of resistor **2329** and capacitor **2328**, the software program begins to execute. Microprocessor **2322** ports are then initialized (step **3020**), the internal RAM is cleared (set to 00H) (step **3010**), the timers are set up, the display controller **2334** is initialized (step **3030**), the display text string is initialized (step **3040**), the first read is started (step **3050**), and then control of the program is turned over to the operating system.

At this point, the timer interrupt is running, the display task is refreshing display controller **2334**, and the A/D read task is executed every 25 milliseconds. The A/D read task determines if receiver unit **2000** has read sensor unit **1000** twice (step **3060**). If not, receiver unit **2000** begins to read sensor unit **1000**.

In a read sequence, receiver unit **2000** activates sensor unit **1000** with infrared read transmission carrier frequency (step **3110**). The analog-to-digital conversion will begin in sensor unit **1000**. Next, receiver unit **2000** clocks out the 8 bits of data from serial shift register **1352** (step **3120**). Sensor unit **1000** sends a 38 kHz carrier frequency which are detected by receiver unit **2000**. Receiver unit **2000** verifies the signal from sensor unit **1000** (step **3130**). If the value is verified, receiver unit **2000** stores the value (step **3140**). If the signal is not verifiable, receiver unit **2000** clocks the data from sensor unit **1000** (step **3120**). After the measurement is stored, the read count value is incremented (step **3150**). Receiver unit **2000** ceases sending activation signals after the value is stored (step **3160**). Receiver unit **2000** waits for the deactivation time to be reached. In response to the absence of activation signals for 125 milliseconds, sensor unit **1000** is turned "OFF" (step **3170**).

34

After sensor unit **1000** is turned "OFF", the A/D read task evaluates the read count (step **3060**). Since the read count is less than 2 (first count sequence), another read will be executed. The sequence is repeated again for the second read. The measurement task will then compare the data for consistency (step **3130**). If not consistent, receiver unit **2000** reads sensor unit **1000** again (step **3120**).

Assuming two consistent readings have occurred, the read sequence continues until sensor unit **1000** is turned "OFF". After the second read, receiver unit **2000** evaluates the read count (step **3060**) and evaluates and averages the two measurements (step **3070**). Next, receiver unit **2000** converts the data to ASCII digits (step **3080**), and stores the ASCII digits in the display array (step **3090**). The program then ends (step **3100**).

The next time the display task is executed, the ASCII digits are sent to display controller **2334**, where it is placed on the LCD **2312**. This concludes the software program execution period. LCD **2312** maintains its display for as long as the power button is pressed.

During the read sequence, the LCD **2312** will display "(CAL)", which means calculating pressure. This is displayed until one of several events occurs:

(1) The pressure readings are complete, at which time the pressure is displayed.

(2) A reading of pressure less than 15 pounds is measured. Due to offsets in sensor unit **1000** and gain amplifier **1330** readings of less than 15 pounds are ignored. The LCD display **2312** displays a "LPS", which means low pressure.

(3) If the pressure reading of 0 is measured, it is assumed that sensor unit **1000** is not functional or not present at all. It assumes no response, and the LCD display **2312** will display (CSE), which means check sensor.

In another application of the sensing and receiving system, sensor units **1000** can be employed on truck tires and receiver units **2000** can be employed along a 6-foot long bar. With reference to FIG. **23**, a truck **3000** or other car drives by receiver units **2000** and the pressure of the tires is read. Receiver units **2000** are employed along a 6-foot bar **3010** located above the ground. This configuration ensures that the sensor units **1000** are sensed as the truck wheels turn. Alternatively, bar **3010** may be employed vertically from the ground. Alternatively, infrared detectors like infrared receiver circuit **2100** or infrared detector **2110** could be employed on bar **3010** rather than an entire unit **2000**. The identification features of sensor unit **400** may be utilized to provide identification of each tire.

Receiver units **2000** provide the pressure data to a large display situated so that the driver can read the display from cab **3020** of truck **3000**. The display may be employed as red and green lights so that a red light is illuminated if any sensor **1000** transmits an unsafe pressure value. If all sensor units **1000** transmit safe pressure values, a green light is illuminated. This application is desirable in light of the stricter regulations regarding truck tire pressures on highways.

In another application, sensor unit **1000** or sensor unit **400** can be employed in an operating. room (Not Shown). operating rooms are pressurized so that when the door opens, various germs are expelled out of the operating room. Sensor unit **4000** is employed in the operating room to measure pressure. Receiver unit **2000** is employed outside of the operating room or inside the operating room so that the pressure value may be easily read. Thus, sensor unit **1000** has an application in a work piece like an operating room.

Also, sensor unit **4000** is employed in various operating tools such as drills or other pressure related instruments

US 6,672,151 B1

35

36

which rely on pressure for proper operation. The pressure associated with the tool is easily read by operating room personnel with receiver unit **2000**.

The above description provides three examples of implementations of the sensing and receiving system. The logic gates, microprocessor, displays, LEDs, amplifiers, preamplifiers can be replaced with other components to achieve a remote sensing and receiving system of the present invention. Further, the software, frequency of carrier waves, and method of communication can be modified without differing from the present invention as recited in the claims.

It will be understood that while the various conductors/connectors may be depicted in the drawings as single lines, they are not shown in a limiting sense and may comprise plural conductors/connectors as understood in the art. Further, the above description is of preferred exemplary embodiments of the present invention; the invention is not limited to the specific forms shown. For example, while sensor unit **400** has been shown, it is understood that various sensing devices could be substituted. In addition, the transducer circuit need not have an independent power source; rather, power may be delivered from the transmitter unit to the transducer unit, as desired. Further still, the invention has been described with reference to block diagrams. These function blocks can be combined into the same device or separated into different discrete devices. For instance, the entire sensor unit **400** could be implemented as one integrated chip. These and other modifications may be made in the design and arrangement of the elements discussed herein without departing from the scope of the invention as expressed in the appended claims.

What is claimed is:

**1**. A sensor and display system comprising:

a sensor unit coupled to a vessel and receptive to a command signal, the sensor unit sensing a parameter of the vessel and generating a response signal indicative of the parameter in response to receiving the command signal; and

a display unit in remote communication with the sensor unit and being operable for selectively transmitting the command signal to the sensor unit, for receiving from the sensor unit the response signal indicative of the parameter, and for displaying information relating to the parameter.

**2**. The system of claim **1** wherein the vessel is a tire.

**3**. The system of claim **1** wherein the vessel is a fire extinguisher.

**4**. A sensor and display system comprising:

a sensor unit coupled to a vessel and receptive to a command signal, the sensor unit sensing a parameter of the vessel and generating a response signal indicative of the parameter in response to receiving the command signal; and

a transmitting and receiving unit in remote communication with the sensor unit and being operable for selectively transmitting the command signal to the sensor unit, for receiving from the sensor unit the response signal indicative of the parameter, and for enabling the display of information relating to the parameter.

**5**. The system of claim **4** wherein the vessel is a tire.

**6**. The system of claim **4** wherein the vessel is a fire extinguisher.

**7**. A sensor and display system comprising:

a sensor unit coupled to a vessel and receptive to a command signal, the sensor unit sensing a parameter of the vessel and generating a response signal indicative of the parameter in response to receiving the command signal; and

a display unit in remote communication with the sensor unit and being operable for transmitting the command signal to the sensor unit in response to an indication from a user for a sensor reading, for receiving from the sensor unit the response signal indicative of the parameter, and for displaying information relating to the parameter.

**8**. The system of claim **7** wherein the vessel is a tire.

**9**. The system of claim **7** wherein the vessel is a fire extinguisher.

**10**. A sensor and display system comprising:

a sensor unit coupled to a vessel and receptive to a command signal, the sensor unit sensing a parameter of the vessel and generating a response signal indicative of the parameter in response to receiving the command signal; and

a transmitting and receiving unit in remote communication with the sensor unit and being operable for selectively transmitting the command signal to the sensor unit in response to an indication from a user for a sensor reading, for receiving from the sensor unit the response signal indicative of the parameter, and for processing information conveyed in the response signal.

**11**. The system of claim **10** wherein the vessel is a tire.

**12**. The system of claim **10** wherein the vessel is a fire extinguisher.

**13**. The system of claim **10**, wherein the transmitting and receiving unit enables information related to the parameter to be displayed.

**14**. In a system comprising a sensor unit operatively coupled to a vessel and in remote communication with a receiving unit, a method for obtaining information related to a parameter of a vessel, the method comprising:

receiving at the receiving unit an indication from a user to activate the sensor unit;

remotely activating the sensor unit in response to receiving the indication;

obtaining information related to the parameter with the sensor unit;

sending a signal indicative of the parameter from the sensor unit to the receiving unit; and

receiving the signal at the receiving unit.

**15**. The method of claim **14** wherein the vessel is a tire.

**16**. The method of claim **14** wherein the vessel is a fire extinguisher.

**17**. A method of receiving and displaying information in a display unit, wherein the information is conveyed in a signal transmitted from a sensor unit physically separate from the display unit, the method comprising the steps of:

receiving an indication from the user to activate the sensor unit;

in response to receiving the indication from the user, remotely activating the sensor unit;

remotely receiving the signal from the activated sensor unit;

conditioning the signal for display; and

displaying information conveyed in the signal.

**18**. The method of claim **17** wherein the vessel is a tire.

**19**. The method of claim **17** wherein the vessel is a fire extinguisher.

\* \* \* \* \*