# Exhibit 6-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCHRADER ELECTRONICS, LTD. and
SCHRADER ELECTRONICS, INC.,

*Plaintiffs*,

v.

SENTECH, INC.,

*Defendant.*
_____/

| | |
|---|---|
| Gerald E. McGlynn, III (P-41149)<br>Brian S. Pickell (P-57411)<br>BLISS MCGLYNN, P.C.<br>2075 West Big Beaver Road, Suite 600<br>Troy, MI 48084-3443<br>Telephone: 248-649-6090<br>E-mail: gemclgynn@ipdirection.com<br>*Attorneys for Plaintiffs* | Kamron K. Lessani (P63238)<br>Joseph L. Konheim (P34317)<br>BLUM, KONHEIM, ELKIN & CEGLAREK<br>15815 West Twelve Mile Road<br>Southfield, MI 48076-3043<br>Telephone: 248-552-8500<br>E-mail: blumkonheim@sbcglobal.net<br><br>Brian L. Jackson (TX Bar No. 00794015)<br>LAW OFFICE OF BRIAN L. JACKSON<br>1302 Waugh Drive #582<br>Houston, TX 77019<br>Telephone: 713-522-5766<br>E-mail: brian@brianjacksonlaw.com<br><br>Tina M. Lessani (CA Bar No. 176629)<br>LESSANI & LESSANI LLP<br>163 Cypress Point Road<br>Half Moon Bay, CA 94019<br>Telephone: 650-712-0420<br>E-mail: tina@lessanilaw.com<br>*Attorneys for Defendant* |

Case No. 2:10-cv-13127-PDB-VMM

Judge Paul D. Borman
Magistrate Judge Virginia M. Morgan

**DECLARATION OF CARL WACKER**

I, Carl Wacker, declare, under penalty of perjury, as follows:

1. I make the following statements on the basis of my own personal knowledge, information and belief and I am competent to testify about each of these matters.

2. I am the Vice President, Global Sales and Marketing for Schrader Electronics, Inc.

3. Schrader Electronics, Ltd. and Schrader Electronics, Inc. both maintain offices in Auburn Hills, Michigan. These companies will be collectively referred to by me as "Schrader"

4. Schrader is a leading manufacturer of devices designed to monitor the pressure in an automotive tire and is the primary source supplier of these devices to Ford, GM and Chrysler as well as other original equipment manufacturers of automotive vehicles (OEMs) that employ these deivces. Schrader's products are subcomponents of tire-pressure-monitoring systems that are commonly referred to as TPM systems.

5. TPM systems are federally mandated for all vehicles sold in the United States.

6. In my capacity as Vice President at Schrader, I am responsible for all sales and marketing activities for all products, including TPM systems which Schrader designs, sells, and manufactures in the United States.

7. Schrader's Auburn Hills office serves as the U.S. headquarters for Schrader's sales and marketing efforts and also includes logistic support, engineering, quality labs, and some development activity.

8. Schrader employs a staff of engineers at the Auburn Hills office who are responsible for development, integration, and deployment of the accused products to Schrader's customers.

9. Schrader's local system and application engineers work directly with the engineering staff of the OEMs as well as other customers who purchase these products. Schrader's products, engineering drawings, specifications, and sales contracts related to these products are all available in the Auburn Hills office. Sentech accuses Schrader's products of infringing the four patents-in-suit.

10. It is my understanding that Sentech is a Wisconsin corporation that has a single office located in the town of Appleton. It is also my understanding that Sentech has only two employees.

11. Sentech is not a competitor of Schrader. It is my understanding that Sentech manufactures and sells no products. It has no engineering, no sales, and no marketing staff. Based on my investigation, Sentech's only apparent asset are the patents-in-suit and its only apparent business is sending demand letters to third parties alleging infringement of the patents-in-suit in an attempt to coerce licensing fees from them.

12. Schrader has received a number of such correspondence from Sentech.

13. In addition, Sentech has sent communications to Schrader's customers, including GM, Ford, Subaru, Kia Motors, Hyundai and Mitsubishi asserting that the products sold to these customers by Schrader infringe Sentech's patents. In most cases, Sentech has demanded a one-time payment of $600,000 from Schrader's customers as a means of resolving this dispute.

14. GM and Ford are headquartered in Michigan. Subaru, Kia Motors, Hyundai, and Mitsubishi each have a significant presence in Michigan.

15. Schrader supplies TPM systems and subcomponents to the OEMs pursuant to standard contracts in the automotive industry that include provisions requiring suppliers to indemnify the customers against any charge of patent infringement.

16. Sentech's assertions of infringement have triggered demands from GM, Subaru and Mitsubishi that Schrader indemnify them against these charges.

17. These communications have harmed Schrader's relationship with these customers and Schrader has incurred managerial, administrative and legal expense addressing these demands from indemnification.

18. In addition, Sentech's contacts within this forum will continue to harm Schrader because they have a chilling effect on Schrader customers who might now be hesitant to purchase products under the cloud of a charge of infringement.

19. Michelin manufactures automotive tires including TPM systems, and sells them throughout the U.S., including in this District.

FURTHER, Declarant sayeth not.

_/s/ Carl E Wacker_
Carl Wacker

Dated: October 7, 2010