# Exhibit 7-

LAW OFFICE OF
# BRIAN L. JACKSON

1302 Waugh Drive #582
Houston, TX 77019
T 713.522.5766 (713.JACKSON)
F 713.583.5785
brian@brianjacksonlaw.com

March 16, 2009

VIA FEDERAL EXPRESS (Tracking No. 797417391870)

Schrader Electronics Ltd.
ATTN: Stephen McClelland; Managing Director
11 Technology Park
Belfast Road
Antrim, N. Ireland (UK), BT41 1QS

    Re:    Sentech Tire Pressure Monitoring System Patent Portfolio

Dear Mr. McClelland:

I represent Sentech, Inc. in patent and other intellectual property matters. Sentech is one of the pioneers in the tire pressure sensing field, and as a result of its early efforts in this field, Sentech owns a broad portfolio of United States patents relating to tire pressure monitoring system technology, namely U.S. Patent Nos. 5,483,826, 5,728,933, 6,357,292, and 6,672,151. We would like to discuss your company's need for a license under these patents.

The Sentech patents cover current and foreseeable future implementations of tire pressure monitoring systems, including such systems currently being sold by Schrader Electronics. In particular, we believe that at least claims 1, 2, 4, 5, and 20-22 of U.S. Patent No. 6,672,151, claim 1 of U.S. Patent No. 6,357,292, claim 23 of U.S. Patent No. 5,728,933, and claims 5 and 6 of U.S. Patent No. 5,483,826 cover the Schrader Electronics RTPMS. We have enclosed a claim chart explaining how the identified patent claims apply to the Schrader Electronics RTPMS.

Sentech is willing to license its patents to Schrader Electronics under terms that make the most business sense for both companies. In that regard, Sentech will at this time entertain a lump sum, paid-up license for the life of the patents, or a running royalty on products as they are sold. Either scenario should include compensation for products sold in the past that may require a license.

Any license fee paid by Schrader Electronics would need to take into account, at a minimum, systems it has imported into or sold in the United States. However, we also understand that Schrader Electronics may sell systems outside the U.S. that are ultimately incorporated by other companies into vehicles sold in the U.S. Sentech will separately be contacting vehicle manufacturers about their need for a license under the Sentech patent portfolio. We would therefore like to offer Schrader Electronics the additional

Mr. Stephan McClelland
Schrader Electronics Ltd.
March 16, 2009
Page 2

opportunity to advance a license fee for its non-U.S. customers who have sold vehicles in the U.S. incorporating the Schrader Electronics RTPMS. In our experience, doing so would provide Schrader Electronics a marketing boost and increase in overall customer satisfaction, as customers could purchase your RTPMS product with the knowledge that they would not have any direct liability to Sentech. The significance of this as a selling point should not be underestimated. Further, any such customers will certainly approach Schrader Electronics for reimbursement of the cost of a license fee or litigation damage award, and by dealing with Sentech directly now, Schrader Electronics can ensure that its customers' products are licensed under terms that are satisfactory to the company.

Sentech is structuring its license offers such that companies signing a license early in the process get a better rate and other terms than those signing a license later. More specifically, Sentech is offering a discount of up to 40% to the first several companies that execute licenses, a lesser discount to the next several companies, and no discount thereafter. As Sentech will be contacting all major tire pressure monitoring system manufacturers and distributors with offers of a license, Schrader Electronics can only guarantee that it receives the best license terms by acting quickly. Michelin North America, Inc. has already executed a license under the Sentech patent portfolio.

In order to assist you in your consideration of this offer, we have included with this letter a CD containing a copy of each patent and its prosecution history. We welcome an opportunity to discuss any questions you have during a meeting either in-person or over the telephone.

Your prompt reply to this offer is appreciated. In any event, we would hope to receive a response from you within 45 days.

I look forward to working with you under the expectation that we can bring this matter to an early and mutually satisfactory conclusion.

Very truly yours,

Brian L. Jackson

cc:   Tina M. Lessani, Esq.
      Jim Schmitz (Sentech CEO)

Enclosures

## Sample of Claims in Sentech Patents that relate to the Schrader Electronics RTPMS

### U.S. Patent No. 6,672,151

| Claims of U.S. Patent No. 6,672,151 | Schrader Electronics Remote Tire Pressure Monitoring Systems |
|---|---|
| 1. A sensor and display system comprising: | Schrader Electronics makes and sells various RTPMS systems. |
| a sensor unit coupled to a vessel and receptive to a command signal, the sensor unit sensing a parameter of the vessel and generating a response signal indicative of the parameter in response to receiving the command signal; and | Schrader Electronics RTPMS systems include at least four sensors. The sensors are coupled to a tire and sense pressure. Each sensor is capable of sending a signal with tire pressure information on demand (*i.e.*, in response to a command signal). |
| a display unit in remote communication with the sensor unit and being operable for selectively transmitting the command signal to the sensor unit, for receiving from the sensor unit the response signal indicative of the parameter, and for displaying information relating to the parameter. | Schrader Electronics RTPMS systems include an RF receiver that is capable of sending a command signal to the sensor units. The RF receiver receives signals from the sensors. The RF receiver controls the tire pressure display viewed by the driver. |
| 2. The system of claim 1 wherein the vessel is a tire. | The RTPMS sensors are coupled to tires. |
| 4. A sensor and display system comprising: | Schrader Electronics makes and sells various RTPMS systems |
| a sensor unit coupled to a vessel and receptive to a command signal, the sensor unit sensing a parameter of the vessel and generating a response signal indicative of the parameter in response to receiving the command signal; and | Schrader Electronics RTPMS systems each include at least four sensors. The sensors are coupled to a tire and sense pressure. Each sensor is capable of sending a signal with tire pressure information on demand (*i.e.*, in response to a command signal). |

| Claims of U.S. Patent No. 6,672,151 | Schrader Electronics Remote Tire Pressure Monitoring Systems |
|---|---|
| a transmitting and receiving unit in remote communication with the sensor unit and being operable for selectively transmitting the command signal to the sensor unit, for receiving from the sensor unit the response signal indicative of the parameter, and for enabling the display of information relating to the parameter. | Schrader Electronics RTPMS systems include an RF receiver that is capable of sending a command signal to the sensor units. The RF receiver receives signals from each of the sensors. The RF receiver controls the tire pressure display viewed by the driver. |
| 5. The system of claim 4 wherein the vessel is a tire. | The RTPMS sensors are coupled to tires. |
| 20. A sensor unit comprising: | Schrader Electronics makes and sells RTPMS systems that include sensors. |
| a transducer configured to be operatively coupled to a tire for sensing a parameter of the tire; | The sensors in Schrader Electronics RTPMS systems include a transducer for sensing a parameter (e.g., pressure). |
| a battery circuit, operatively coupled to the transducer, that provides power to the sensor unit upon the occurrence of a select external event; and | The sensors each include a battery circuit that is operatively coupled to the transducers. The battery circuit has a power saving mode. The battery circuit transitions from a low-power mode to a higher-power mode upon the occurrence of an external event (e.g., the vehicle moving or in response to a command signal). |
| a transmitter, operatively coupled to the transducer and the battery circuit, for transmitting a signal indicative of the parameter to a remote receiver unit. | The sensor units include a transmitter that transmits tire pressure information to an RF receiver. |
| 21. A sensor and display system comprising: | Schrader Electronics makes and sells RTPMS systems. |

2

| Claims of U.S. Patent No. 6,672,151 | Schrader Electronics Remote Tire Pressure Monitoring Systems |
|---|---|
| a sensor unit configured to be coupled to a tire, to sense a parameter of the tire, and to generate a signal indicative of the parameter, the sensor unit including a battery circuit that is activated upon the occurrence of a select external event; and | Schrader Electronics RTPMS systems include at least 4 valve-mounted sensors. The sensors are coupled to a tire and sense pressure and generate signals indicative of this parameter. Each sensor includes a battery circuit that has a power saving mode. The battery circuit transitions from a low power mode to a higher-power mode upon the occurrence of an external event (e.g., the vehicle moving or in response to a command signal). |
| a display unit in remote communication with the sensor unit and being operable for receiving the signal indicative of the parameter and for displaying information relative to the parameter. | Schrader Electronics RTPMS systems include an RF receiver that receives signals with tire pressure information from the sensors. The RF receiver controls the tire pressure display viewed by the driver. |
| 22. A sensor and display unit comprising: | Schrader Electronics makes and sells RTPMS systems |
| a sensor unit including: | Schrader RTPMS systems include sensors. |
| a transducer configured to be coupled to a tire and to sense a parameter of the tire; | The Schrader sensors include at least one transducer for sensing pressure. |
| a battery circuit, operatively coupled to the transducer, that provides power to the sensor unit upon the occurrence of a select external event; and | The sensors each include a battery circuit that is operatively coupled to the transducers. The battery circuit has a power saving mode. The battery circuit transitions from a low-power mode to a higher-power mode upon the occurrence of an external event (e.g., the vehicle moving or in response to a command signal). |
| a transmitter, operatively coupled to the transducer and the battery circuit, for transmitting a signal indicative of the parameter; and | The sensor includes a transmitter that transmits tire pressure information to an RF receiver. |

| Claims of U.S. Patent No. 6,672,151 | Schrader Electronics Remote Tire Pressure Monitoring Systems |
|---|---|
| a display unit in remote communication with the sensor unit and including: | Schrader Electronics RTPMS systems include an RF receiver that receives tire pressure information from the sensors. The RF receiver controls the tire pressure display viewed by the driver. |
| an antenna for remotely receiving from the sensor unit the signal indicative of the parameter; | The RF receiver includes an antenna for receiving signals with tire pressure information from the sensor. |
| a processor, operatively coupled to the antenna, for extracting from the signal an indication of the parameter; and | The RF receiver has a processor for processing the signals received from the sensors and for extracting tire pressure information from such signals. |
| a display, operatively coupled to the processor, for displaying information relating to the parameter. | The RF receiver controls a display in the driver dashboard or rearview mirror. |

U.S. Patent No. 6,357,292

| Claim U.S. Patent No. 6,357,292 | Schrader Electronics Remote Tire Pressure Monitoring Systems |
|---|---|
| 1. A sensor and display system comprising: | Schrader Electronics makes and sells RTPMS systems. |
| a sensor unit, receptive to a command signal, that includes a transducer and a transmitter, where the transducer is coupled to a vessel and senses a parameter of the vessel, | Schrader Electronics RTPMS systems include at least 4 valve-mounted sensors. The sensors are coupled to a tire and sense pressure. Each sensor is capable of sending a signal with tire pressure information on demand (i.e., in response to a command signal). Each sensor includes at least one transducer for sensing pressure, as well as a transmitter for sending tire pressure information to an RF receiver. |
| and where the transmitter is operatively coupled to the transducer and generates a response signal indicative of the parameter in response to the sensor receiving the command signal; and | The Schrader sensors include a transmitter, operatively coupled to the transducer, that sends signals with tire pressure information. The sensors can transmit pressure information on demand (i.e., in response to a command signal). |
| a display unit in remote communication with the sensor unit and having a transmitter that transmits the command signal to the sensor; | The Schrader RTPMS system includes an RF receiver that controls a display in the driver dash or rear view mirror. The RF Receive can interrogate the sensors on demand. |
| an antenna for remotely receiving from the sensor unit the response signal indicative of the parameter; | The RF receiver includes an antenna for receiving tire pressure information from the sensors. |
| a processor, operatively coupled to the transmitter and the antenna, that extracts from the response signal an indication of the parameter, | The RF receiver includes a processor that processes the signals from the sensors to determine tire pressure information. |
| and a display, operatively coupled to the processor, for displaying information relating to the parameter. | The RF receiver controls a display in the driver dash or rear view mirror. |

U.S. Patent No. 5,728,933

| Claims of U.S. Patent No. 5,728,933 | Schrader Electronics Remote Tire Pressure Monitoring Systems |
|---|---|
| 23. A sensor unit in remote communication with a handheld display unit, the sensor unit comprising: | The Schrader RTPMS includes a sensor unit that is capable of communicating with and is designed to communicate with a handheld display unit (e.g., a diagnostic tool). |
| a transducer having an input coupled to a vessel for sensing a parameter of the vessel and having an output indicating the parameter; | The Schrader RTPMS includes a pressure sensor ("transducer") that senses pressure inside a car tire ("parameter of the vessel") and outputs information corresponding to the pressure measurement. |
| a signal converter having an input coupled to the transducer output, for conditioning the transducer output for transmission; | The Schrader RTPMS has conditioning circuitry that conditions the pressure information for transmission. |
| a transmitter circuit having an input coupled to the signal converter for producing the output indicative of the parameter; and | The Schrader RTPMS includes a transmitter that transmits the conditioned pressure information via RF. |
| a power circuit having an input receptive to a command signal from the display unit, a battery coupled to the input, and an output coupled to the transducer and the signal converter and the transmitter circuit, for remotely receiving the command signal and, in response to remotely receiving the command signal, the battery providing power to the transducer, the signal converter and the transmitter circuit. | The Schrader RTPMS includes a power circuit that has a battery and a circuit that receives a wireless command signal from a handheld display unit. In response to the command signal, the battery provides power to the other circuitry in the sensor. |

6

## U.S. Patent No. 5,483,826

| Claims of U.S. Patent No. 5,483,826 | Schrader Electronics Remote Tire Pressure Monitoring Systems |
| --- | --- |
| 5. A sensor for transmitting a sensor signal indicative of a parameter related to contents in a vessel, the sensor transmitting the sensor signal to a remote source in response to an external activation signal from the remote source, the external activation signal and the sensor signal being transmitted across a wireless medium, the sensor comprising: | Schrader Electronics RTPMS Systems include at least four sensors. The sensors wirelessly transmit tire pressure information to a remote RF receiver. The sensors can provide reading on demand (i.e., in response to an activation signal). |
| a power source; | The Schrader sensors include a battery. |
| a transducer circuit exposed to the contents, the transducer circuit generating a sense data signal indicative the parameter; | The sensors include a pressure transducer. The transducer generates a signal indicative of the pressure (a "sense data signal"). |
| a receiver circuit exposed to receive the external activation signal, the receiver circuit generating a sensor activation signal in response to the external activation signal; | The Schrader sensor is able to receive an external activation signal. The sensor includes circuitry that receives the external activation signal and generates an internal signal that causes an activation circuit to fully activate the sensor. |
| a processor circuit coupled to the receiver circuit and the transducer, the processor circuit receiving the sense data signal and generating a serial processor signal indicative of the sense data signal in response to the activation signal; | The Schrader sensor includes processing circuitry that is coupled to the receiver and the transducers. Such processing circuitry takes the signal from the transducers (the "sense data signals") and generates a signal ("a serial processing signal") indicative of the readings from the transducer (i.e., it converts the transducer output into a signal that can be used to generate a transmission signal). Such processing circuitry is activated in response to the activation signal. |

| Claims of U.S. Patent No. 5,483,826 | Schrader Electronics Remote Tire Pressure Monitoring Systems |
|---|---|
| a transmitter coupled to the processor circuit, the transmitter receiving the serial processor signal and generating a transmission signal indicative of the parameter in response to the serial processor signal; and | The Schrader sensor includes a transmitter that takes the signal from the processing circuitry and generates a RF transmission signal indicative of the pressure inside the tire. |
| an activation circuit coupled to the power source and the receiver circuit, the activation circuit providing power from the power source to the processor circuit in response to the sensor activation signal whereby the power consumed by the processor circuit is reduced by powering the processor circuit through the activation circuit. | The Schrader sensor includes power-saving circuitry that enables battery power to be provided to the processing circuitry in response to the receiver circuit's receipt of the external activation signal. Battery power is thereby conserved. |
| 6. A sensor for transmitting a signal indicative of a characteristic of an apparatus to a receiver unit, the sensor comprising: | Schrader Electronics RTPMS Systems include at least four sensors. The sensors wirelessly transmit tire pressure information to a remote RF receiver. |
| a battery; | The Schrader sensor includes a battery. |
| a transducer circuit exposed to the characteristic of the apparatus, the transducer circuit generating a sensing signal indicative the characteristic measured by the transducer; | The sensors include a pressure transducer. The transducer generates a signal indicative of the pressure (a "sensing signal"). |
| a receiver circuit coupled to the transducer circuit, the receiver circuit receiving a start-up signal from the receiver unit, the receiver unit being physically separate from the sensor and physically unconnected with the sensor; | The Schrader RTPMS includes a remote RF receiver that can activate the sensor on demand. The sensor includes a receiver circuit that receives the external activation signal from the RF receiver. |

| Claims of U.S. Patent No. 5,483,826 | Schrader Electronics Remote Tire Pressure Monitoring Systems |
|---|---|
| an activation circuit coupled to the battery and the receiver circuit, the activation circuit controlling power from the battery to the sensor, the activation circuit providing power from the battery to the sensor in response to the start-up signal; | The Schrader sensor includes power-saving circuitry that enables battery power to be provided to the sensor in response to the activation signal. |
| a processor circuit connected to the transducer circuit, the processor circuit receiving the sensing signal and generating a processor signal in response to the start-up signal; and | The Schrader sensor includes processing circuitry that is coupled to the transducers. Such processing circuitry takes the signal from the transducers (the "sensing signals") and generates a signal (a "processor signal") indicative of the readings from the transducer (i.e., it converts the transducer output into a signal that can be used to generate a transmission signal). Such processing circuitry can be activated in response to the activation signal. |
| a transmitter for receiving the processor signal and generating a transmission signal indicative of the characteristic for reception by the receiver unit in response to the processor signal. | The Schrader sensor includes an transmitter that takes the signal from the processing circuitry and generates a RF signal indicative of the pressure inside the tire (the "transmission signal"). |