# Exhibit 8-

LAW OFFICE OF
# BRIAN L. JACKSON

1302 Waugh Drive #582
Houston, TX 77019
T 713.522.5766 (713.JACKSON)
F 713.583.5785
brian@brianjacksonlaw.com

February 4, 2010

VIA FEDERAL EXPRESS (Tracking No. 793240898246)

Schrader Electronics Ltd.
ATTN: Alfonso Di Pasquale, Vice Pres.
11 Technology Park
Belfast Road
Antrim, N. Ireland (UK), BT41 1QS

Tomkins plc
ATTN: James Nicol, Chief Exec. Officer
East Putney House
84 Upper Richmond Road
London SW15 2ST

Re: Sentech Tire Pressure Monitoring System Patent Portfolio

Dear Gentlemen:

I am legal counsel to Sentech, Inc., and I am writing to bring an important matter to your attention. Sentech has determined that Schrader Electronics' tire pressure monitoring technology is covered by one or more United Stated patents owned by Sentech. We have been trying to contact Schrader Electronics for some time regarding this matter (see enclosed prior letters) but to date have not received a response. I am directing this letter to you to begin a dialogue that will hopefully result in an amicable and mutually satisfactory resolution to this matter.

We hope that, given the long period of time over which Sentech has been patiently awaiting a response from Schrader, that Schrader will provide a prompt and substantive response to this letter and to the detailed infringement charts previously provided.

I look forward to hearing from you.

Very truly yours,

Brian L. Jackson

cc: Tina M. Lessani, Esq.
Jim Schmitz (Sentech CEO)

Enclosures