# Exhibit 9-

# Tomkins

Jerry L. Mahurin
Patent Counsel
Phone: (303) 744-5796
Fax: (303) 744-4653
Email: jmahurin@gates.com

Tomkins IP Law Department
Mail Code: 10-A3
1551 Wewatta Street
Denver, CO 80202

Via Federal Express                                    February 23, 2010

Brian L. Jackson
1302 Waugh Drive, #582
Houston, TX 77019

RE:   Sentech Tire Pressure Monitoring System Patent Portfolio

Dear Mr. Jackson,

This letter is presented in response to your letters dated February 4, 2010, August 18, 2009 and March 16, 2009 and the claim chart accompanying your March 16, 2009 letter. Please direct further correspondence concerning this matter to me. I am an IP attorney in the IP Law Department of Tomkins plc representing Schrader Electronics in IP matters.

As a preliminary matter, I note that your letter of March 16, 2009 makes mention of a CD containing a copy of each patent and its prosecution history. However, it does not appear that such a CD was included with your March 16, 2009 letter, or that it was misplaced prior to reaching me.

Since your letter offers a license to your client's patents and stresses the value of such a license, I feel it important to point-out, upfront, that three of the four patents you cite expired on December 20, 2009. Therefore, they are of little licensing value, even if their claims could be stretched to cover current Tire Pressure Monitoring (TPM) systems.

Any such coverage of operational TPM systems by your client's patents is doubtful; in that each of your client's cited patents includes a statement that: "Infrared is highly preferred because it does not require FCC licensing as is the case with many frequencies in the radio band." This is the only reference to RF-based transmissions or the like in these patents. Thus, the disclosures of Sentech's patents clearly teach away from the use of RF as a transmission medium. As a result, it is highly probable that a court would read limitations narrowing the claims to encompass only infrared communications, similar to those that appear in your clients' earliest parent patent, US5083457. All systems that employ Schrader wheel units are RF-based systems, as are practically all TPM systems in the marketplace. If your client's patents can be stretched to encompass RF-based systems then they are clearly anticipated by any number of patents, such as Greganti, IT1219753 and/or Schrader Automotive's Bock US4966034, each of whose priority dates predate your client's earliest claimed priority by over a year. Further, since may other intervening patents have issued related to the use of RF in TPM systems, any matter added speaking to RF in your client's string of patent applications is clearly anticipated.

Also, as I am sure you are aware, your client has approached Schrader Electronics on a number of occasions concerning the patents you cite. However, your client has failed to take any action over a period of far more than six years, thus any claim of damages is clearly barred under the doctrine of Laches.

Next, I would like to point-out that Schrader Electronics does not make or sell any display units and does not make or sell any TPM system receivers in the US, much less any that are capable of transmitting a command signal to a TPM sensor. RF communications in Schrader Electronics sensor based U.S. TPM systems are typically simplex from the sensor to the vehicle's receiver during normal operation. That is, there is no communication to the sensor from the receiver, only from the sensor to the receiver for sending pressure measurements for display to the driver. Thus, for one or more of the above reasons Schrader TPM products clearly do not infringe at least claims 1-5, 21, or 22 of U.S. Pat. No. 6,672,151; the sole claim of U.S. Pat. No. 6,357,292; or claims 5 and 6 of U.S. Pat. No. 5,483,826.

Further, with respect to claims 20 and 22 of U.S. Pat. No. 6,672,151, claim 1 of U.S. Pat. No. 6,357,292, claim 23 of U.S. Pat. No. 5,728,933, and claims 5 and 6 of U.S. Pat. No. 5,483,826, Schrader wheel units do not employ a pressure transducer, rather Schrader wheel units employ MEMS (microelectromechanical systems) devices to measure pressure.

Since any assertion that my client's products infringe your client's patents is clearly baseless, and any licensing opportunities with respect to these patents are unattractive, I must respectfully insist that you do not contact my client again to seek a license or the like. Any further, assertions that your client's patents "cover" my client's products may result in the filing of a Declaratory Judgment action not only seeking a ruling on non-infringement, but also invalidity of your client's patents.

Sincerely,

Jerry L. Mahurin

JLM:slf

Cc: Carl Wacker, Vice President, Schrader Electronics Limited