# Exhibit 18-

LAW OFFICE OF
# BRIAN L. JACKSON

1302 Waugh Drive #582
Houston, TX 77019
T 713.522.5766 (713.JACKSON)
F 713.583.5785
brian@brianjacksonlaw.com

May 26, 2010

VIA FEDERAL EXPRESS (Tracking No. 798704099010)

MITSUBISHI MOTORS NORTH AMERICA, INC.
ATTN: Dan Booth, Executive Vice President and CFO
6400 W. Katella Ave.
Cypress, CA 90630

Re:  Sentech Tire Pressure Monitoring System Patent Portfolio

Dear Mr. Booth:

I represent Sentech, Inc. in patent and other intellectual property matters. Sentech is one of the pioneers in the tire pressure sensing field, and as a result of its early efforts in this field, Sentech owns a broad portfolio of United States patents relating to tire pressure monitoring (TPM) system technology, namely U.S. Patent Nos. 5,483,826, 5,728,933, 6,357,292, and 6,672,151. We would like to discuss your company's need for a license under these patents.

The Sentech patents cover past, current, and foreseeable future implementations of tire pressure monitoring systems. We have determined that vehicles sold in the United States by Mitsubishi include and/or have in the past included TPM systems from at least the following vendors: Continental Corporation and Schrader Electronics. Our analysis has revealed that the TPM systems supplied by these vendors infringe claims of the Sentech patents. We have enclosed charts explaining in detail how the Sentech patent claims apply to TPM systems from each of these vendors. Furthermore, the Sentech patents also cover TPM systems sold by BorgWarner BERU Systems, Pacific Industrial Co., and EnTire Solutions/TRW Automotive, and we can provide claim charts for those vendors as well at your request.

We understand that Mitsubishi has made substantial sales of vehicles including the infringing TPM systems over the last several years, and Sentech's patents would be applicable to those past sales. Even the most recent patent in the portfolio issued in 2004 (with the other patents having issued earlier), and it is during the period from 2004 to the present when TPM systems became ubiquitous in automobiles sold in the United States. Likewise, Sentech's '826 patent does not expire until January 2013, and thus Mitsubishi has substantial future exposure under the portfolio.

Dan Booth
Mitsubishi Motors North America, Inc.
May 26, 2010
Page 2

Sentech is offering a lump sum, fully paid-up license under its patents. Such license would cover all vehicles made in, imported into or sold in the U.S. by Mitsubishi. To that end, enclosed with this letter you will find a proposed license agreement, which would provide Mitsubishi with a license to the Sentech patent portfolio, as well as a release for past infringement, for a one-time payment of US$600,000. We believe this is a generous and reasonable figure, given the Sentech patents' clear coverage of Mitsubishi's product line for the past several years, and given that the last patent in the portfolio to expire does not expire until January 2013.

In order to assist you in your consideration of this offer, we have included with this letter a CD containing a copy of each patent and its prosecution history. We welcome an opportunity to discuss any questions you have during a meeting either in-person or over the telephone.

Your prompt reply to this offer is appreciated. In any event, we would hope to receive a response within 45 days.

I look forward to working with you under the expectation that we can bring this matter to an early and mutually satisfactory conclusion.

Very truly yours,

Brian L. Jackson

cc:   Tina M. Lessani, Esq.

Enclosures