# Exhibit 20-



Mark D. Chuey, Ph.D.
Attorney

General Motors LLC
Legal Staff
300 GM Renaissance Center
Mail Code: 482-C23-B21
Detroit, Michigan, 48265-3000
Tel 313-665-4706
Fax 313-665-4976
mark.chuey@gm.com

June 1, 2010

Jerry L. Mahurin
Patent Counsel
Tomkins IP Law Department
MS 10-A3
1551 Wewatta Street
Denver, CO  80202

via email jm6995@gates.com

Re:   **Letter from Sentech of May 25, 2010**

Dear Jerry,

On May 27, 2010, we received the attached letter from Brian Jackson. Mr. Jackson represents Sentech, Inc., purported owner of U.S. Patents No. 5,483,826; 5,728,933; 6,357,292; and 6,672,151 (the "Sentech patent portfolio"). The letter, addressed to our general counsel, appears to accuse General Motors Corporation of having infringed these patents "over the last several years." Attached to the letter is a "Patent License and Liability Release Agreement" and claim charts for various TPMS manufacturers, including Schrader Electronics.

Please let me know how Schrader plans to proceed in this matter and whether you will be responding to Mr. Jackson or would like me to reply. I understand from our call today that you have received correspondence regarding these patents in the past and I look forward to any analysis of the Sentech patent portfolio you can share at this time.

Sincerely,

Mark D. Chuey
Attorney
General Motors LLC

attachments