# Exhibit 21-

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

1717 MAIN STREET
SUITE 5000
DALLAS, TEXAS
75201

July 20, 2010

<u>*Via FedEx*</u>

Jerry L. Mahurin
Patent Counsel
Tomkins IP Law Department
1551 Wewatta Street
Mail Code: 10-A3
Denver, CO 80202



RECEIVED
JUL 21 2010
IP LAW DEPT



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re: Request for Indemnification Pursuant to February 15, 2008, Supply Agreement

Dear Jerry:

I am counsel for Subaru of America, Inc.; Subaru of Indiana Automotive, Inc.; and Fuji Heavy Industries Ltd. (collectively, "Subaru"). I write regarding the attached materials sent to Subaru regarding alleged infringement of certain patents allegedly owned by Sentech. As you'll see, Sentech alleges that Subaru's use of tire pressure monitoring systems manufactured and designed by Schrader infringes certain of Sentech's patents. Pursuant to Paragraph 12.3 of the February 15, 2008, Supply Agreement between Subaru of Indiana Automotive, Inc. and Schrader Electronics, Ltd., Subaru hereby provides notice of its demand for indemnification. Please also find enclosed a copy of the February 15, 2008, Supply Agreement.

Similarly, pursuant to Paragraph 12.3 of the February 8, 1993, Supply Agreement between Subaru-Isuzu Automotive, Inc. (now of Subaru of Indiana Automotive, Inc.) and Schrader Automotive, Inc. (now Schrader-Bridgeport International, Inc.), Subaru hereby provides notice of its demand for indemnification. Please find enclosed a copy of the February 8, 1993, Supply Agreement.

Subaru reserves the right to identify additional bases for indemnification. Subaru looks forward to your response. In the meaning, please feel free to contact me at 214-292-4051.

FISH & RICHARDSON P.C.
Via FedEx
July 20, 2010
Page 2

Best regards,

*[signature]*

Neil McNabnay

Enclosures