# Exhibit 22-

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

1717 MAIN STREET
SUITE 5000
DALLAS, TEXAS
75201

August 19, 2010

<u>*Via FedEx*</u>

Mr. Jeffrey Thurnau
Assistant General Counsel
IP Law Department
Tompkins
1551 Wewatta Street
Mail Code 10-A3
Denver, Colorado 80202





ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re: Request for Defense and Indemnification Pursuant to the *Purchase Order "General Terms and Conditions"*

Dear Jeffrey:

I am counsel for Mitsubishi Motors North America, Inc. ("MMNA"). I write regarding the attached materials sent to MMNA regarding alleged infringement of certain patents allegedly owned by Sentech. As you'll see, Sentech alleges that MMNA's use of tire pressure monitoring systems manufactured and designed by Schrader infringes certain of Sentech's patents. For the reasons set forth below, MMNA hereby provides notice of its demand for a defense and indemnification.

### Purchase Order "General Terms and Conditions"

All purchase order agreements between MMNA and Schrader for the TPMS products at issue were entered under the purchase order "General Terms and Conditions" (see enclosed copy). Paragraph 18 provides that Schrader shall indemnify MMNA in any patent dispute concerning the products supplied pursuant to the purchase orders:

> 18. PATENTS. No rights are granted to Seller under any MMNA or any of its associated companies' patents except as may be necessary to fulfill Seller's obligations under the order. ***Seller agrees to defend all lawsuits, actions or proceedings which may be brought against MMNA***, and any of its associated companies or its customers ***for alleged infringement of any proprietary interest resulting from the use or sale of the goods or services provided hereunder*** and to pay all expenses and fees of counsel which may be incurred in defending, and all costs, damages, or other recoveries in every such claim or lawsuit. (emph. added).

Additionally, Paragraph 8 to the "General Terms and Conditions" provides:

FISH & RICHARDSON P.C.

Mr. Jeffrey Thurnau
August 19, 2010
Page 2

8. GENERAL WARRANTY. a) *Seller warrants that the goods or services will (i) comply with all specifications, drawings*, descriptions or samples furnished and/or specified by MMNA . . . . (b) *Seller further warrants that* on delivery MMNA will receive good title to the goods or services, free and clear of all liens and encumbrances and that *all goods or services will be free from any actual or claimed patent, copyright or trademark infringement*. (emph. added).

The specifications and drawings specified by MMNA for the TPMS transmitter assemblies at issue provide:

CAUTION . . . . SUPPLIER SHALL DESIGN THE PART(S) AND/OR THE ASSEMBLY IN DETAIL TO MEET MMC'S REQUIREMENTS BASED ON THIS DRAWING WITHOUT INFRINGING UPON THIRD PARTY'S INDUSTRIAL RIGHTS (PATENT, MANUFACTURING RIGHT, ETC.)

MMNA reserves its right to identify additional bases for its demand for a defense and indemnification. MMNA looks forward to your response. In the meantime, please feel free to contact me at (214) 292-4051.

Best regards,

*[signature]*

Neil McNabnay

Enclosures
Purchase Order "General Terms and Conditions"
May 26, 2010, Letter from Brian Jackson to Mitsubishi re Sentech patents