UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Schrader Electronics, LTD., et al.,

                Plaintiff(s),

v.                                               Case No. 2:10–cv–13127–PDB–VMM
                                               Hon. Paul D Borman

Sentech, Inc.,

                Defendant(s).

_____/

**JUDGMENT FOR DEFENDANT(S)**
Decision by Court

    This action came to trial or hearing before the Court.  The issues have been duly tried or heard and a decision has been rendered.

    The Court has ordered that Plaintiff(s) recover nothing, the action be dismissed on the merits, and the Defendant(s) recover costs from Plaintiff(s).


                                      DAVID J. WEAVER, CLERK OF COURT


                                By: s/ D. Goodine
                                    Deputy Clerk


Dated:   January 12, 2011


Approved as to form:

s/ Paul D Borman